FILED

MAR 1 1 2021

Nathan Ochsner, Clerk of Court

Donavan A. London (Plaintiff)
1333 Gears Road, #1816
Houston, Texas 77067
london8432@yahoo.com (Email-Contact me this way only)

This is the only attempt to settle this matter out of court. Page #2 is the only new addition to this petition that is different from the version that was emailed to the defendants on 12-22-2020. They did not respond because there is no other photo to confirm Metro Officer Patrick Bowens' false illustration on crash report # 16959204.

UNITED STATES DISTRICT COURT
OF HARRIS COUNTY, TEXAS

DONAVAN A. LONDON )
OF HARRIS COUNTY, TEXAS )
*Plaintiff* )
VS. )
JIM HOLLIS )
TEXAS DEPARTMENT of )
TRANSPORTATION- {*Respondeat Superior*}, )
OFFICER PATRICK BOWENS )
METRO POLICE DEPARTMENT, AND )
METRO TRANSIT AUTHORITY-{*Respondeat Superior*} )
OF HARRIS COUNTY, TEXAS, )
*Defendants* )

**ORIGINAL PETITION:**

I rely on *Kapernick vs. the NFL* because OFFICER PATRICK BOWENS created a false crash report and TXDOT'S JIM HOLLIS approved it *"under the scope of their employment."* At that point, their acts established *"PREMEDITATED COLLUSION/CONSPIRACY and DELIBERATE INDIFFERENCE."* It caused me to be suspended for a week without pay and I was accused of being negligent in an accident on 3-18-2019. In addition, my name was defamed, scandalized and it caused grave mental anguish.

**COMES NOW** Plaintiff Donavan A. London, representing himself **PRO SE.** I hereby petition the **UNITED STATES DISTRICT COURT** of Harris County, Texas with a claim of *"PREMEDITATED COLLUSION/CONSPIRACY"* and in pursuant of *DELIBERATE INDIFFERENCE* under 42 U.S.C. Code -1983. I, the Plaintiff rely on the *"Unclean Hands Doctrine"*, and *"Fruit of the Poisonous Tree Doctrine"* to preclude the "Bootstrap Doctrine, Qualified Immunity, Probable Cause, Mercy of the Court, and Res Judicata" as defenses. I demand for the *EVIDENCE* to be admissible that was NOT REVIEWED by a judge or jury in the *MEDIATION-SETTLED* 61st Civil Court Case# 477-2019. A *MEDIATOR* is not a judge or jury in a civil court of jurisdiction. The counsel on both sides chose Mediation because they became cowards and scared of me putting me on the witness stand. I also demand for this original petition to be *GRANTED WITH EXTREME PREJUDICE EXPEDITIOUSLY* due to the NEGLIGENT, UNCONSTITUTIONAL, and *DELIBERATE INDIFFERENCE* acts committed by Metro Police Officer Patrick Bowens and TXDOT'S Jim Hollis *"UNDER THE SCOPE OF THEIR EMPLOYMENT."* The claims for this original petition are set forth in the titled sections and confirmed with the attached direct and corroborating evidence. Please excuse my petition format. I had to prepare it in this compelling manner to expose, prove, and convey all of the intricate fabrications with clear and concise clarity. There is no new discovery photo evidence to confirm the Metro Police Officer Patrick Bowens' current illustration on crash report# 16959204. It was used as evidence in 61st Civil Case#: 477-2019. The defendants have (21) days to respond.

Mr. Donavan A. London
Printed Name

*Sheena Moore*
NOTARY PUBLIC HARRIS COUNTY

Signature

SUBSCRIBED AND SWORN to before me on

This ___22___ day of December 2020

12-22-20
Date

SHEENA MOORE
Notary Public, State of Texas
Comm. Expires 06-14-2024
Notary ID 129021324

ORIGINAL PETITION BY Donavan A. London                    Page 1

## CONFIRMATION OF MY PUNITIVE AND COMPENSATORY DEMAND



This is proof that I am not demanding a frivolous settlement amount. I comply with the $10 million dollar compensatory demand that I rely on in my original petition based upon this collusion case law.

This excerpt is dated 3 days after the date of the accident - (3-18-2019).

## SECTION I: NATURE OF *"PREMEDITATED COLLUSION"* CLAIM

Metro Officer Patrick Bowens did not have to lie and falsify crash report# 16959204. He should have written me a citation to confirm his opinion if I was guilty of *"failure to yield the right of way"* and *"negligent"* in an accident. On 3-18-2019, Alfredo Robles Figueroa is a non-licensed driver who ran into the bus that I was driving at the WESTBOUND intersection of Pinemont and Roslyn. He was `given a ticket at the scene and I was not. At that point, ***Probable Cause*** of me being negligent as a contributing factor to the cause of the accident was ***Nullified***. In addition, Metro Officer Patrick Bowens did not investigate the non-deployment of the air bags. That was relevant evidence because the injuries that supported the driver's claim are consistent with the injuries that air bags prevent. The 2007 Mustang had air bag recalls that were not replaced and that is direct and relevant evidence. He had (10-days) to turn in his report and he did not list the ***faulty air bags as (VEHICLE DEFECTS- see pages- {9-10, 16-18, and 23})*** under contributing factors to the accident that resulted in the injuries.  Instead, Metro Police Officer Patrick Bowens knowingly and willingly created a false "collision illustration" on a crash report with malicious intent to implicate me as a contributing factor and TXDOT's Jim Hollis approved it. Metro Officer Patrick Bowens entered code#: 22 on the crash report, which is *"**Failure to yield the right of way.**"* The false "collision illustration" does not comply with the actual (Photo and Video Evidence of the accident on page #14).  Therefore, the acts of ***"PREMEDITATED COLLUSION/CONSPIRACY"*** and ***DELIBERATE INDIFFERENCE***  was established and carried out when the fabricated crash report was *CREATED* by Metro Officer Patrick Bowens' and *APPROVED* by TXDOT's Jim Hollis *"**under the scope of their employment.**"* My claim is no different from the "evidence issues" that has plagued (HPD). Their criminal act violated the following:

1) **MY CIVIL LIBERTIES:** *"Due Process of Law"* and *"Equal Protection under the Law"*-
   Alfredo Robles Figueroa was the driver who ran into my my bus with the intent to cause bodily harm for monetary gain. He was allowed to contest his "No Driver License" ticket in traffic court. It was dismissed when Metro Officer Patrick Bowens did not show up. I was not allowed to contest his opinion in traffic court, but I had to defend myself in Civil Court for *"failure to yield the right of way."* This act was partial to the plaintiff's claim.

2) **MY CONSTITUTIONAL RIGHT:** *"To contest that violation in Traffic Court"*
   Again, I was not issued a ticket for *"**Failure to yield the right of way.**"* If so, I had a constitutional right to contest that ticket in traffic court. His *"**UNCLEAN HANDS**"* act violated his "SWORN OATH" to uphold the constitution as well. He does not have the authority to un-swear himself to break the law and then be sworn in again as if nothing happened at all *(THEORY).*

## SECTION II: METRO OFFICER PATRICK BOWENS HAD PRIOR KNOWLEDGE OF ACCIDENT LOCATION BEFORE HE CREATED THE FALSE CRASH REPORT AND THE NON-ISSUANCE OF "FAILURE TO YIELD THE RIGHT OF WAY" CITATION TO ME



The handwritten First Transit Supervisor/Dispatcher First Report of Accident form shows the following entries:

First Transit

Date: 3-18-19   Time: 1800   AM/PM   Bus #: 1858

Dispatcher/Supervisor Name: R Gordon   Were you actually at the scene? ☑ Yes ☐ No

Operator Name: Donavan London   Badge #: 3952

Schedule/Run: __   Run / Block #: 45/802

Accident or Incident   Location: 3900 Pinemont   77018

Description: Operator was WB on Rosslyn and Pinemont operator proceeded to make a left turn and OV hit the left front bumper and bike rack paint scrapes

Who did you notify about the accident? Control   Date: 3-18-19   Time: 18:25   AM/PM

BUS DATA (Veh. #1)   ☑ Drivable ☐ Towed   Injuries? ☐ Yes ☑ No

Total number of passengers on the bus: 11   Number of injuries, if any? none

Number Transported: non-e   Transported Via? N/A

Names of Transported: N/A

Name of Hospital(s): N/A

Bus Damage: left front bumper paint scrapes

Alcohol/Drug Screen Required? ☐ Yes ☑ No - Reason: Operator was Discounted

VEHICLE #2 DATA   Year: 2007   Make: Ford   Model: Mustang   Veh. License #: JGP 9129

Towed: ☐ Yes ☐ No   Name of Towing Co: Car King   Taken to: 5615 W. Tidwell

Driver's Name: Alfredo Figueroa   Driver License #:   Phone #: 713-367-4891

Address: 6262 Underhill #1500 Houston 77092   Birth date: 4-21-85

Owner's Name (If not the driver):   Address:

Damage to Vehicle #2: Right front fender hood light

Num. of passenger's in vehicle #2 (including driver): 3   Ins Carrier & Policy #: American Access

Injuries: ☐ Yes ☑ No   ☐ Driver ☐ Passenger(s)   Transported: ☐ Yes ☐ No 430-645-7785

Transported Via:   Vin # 1ZVFT80NH75275005

Name of Hospital(s): n/a

LAW ENFORCEMENT:   ☐ Houston   ☑ Metro   ☐ Texas D.P.S.   ☐ Harris County

Officer's Name: Bowens   Badge #   Report #: 19-15817

Officer's Name:   Badge #   Report #:

Ticket Issued? ☐ Bus Operator   ☑ Other Driver   ☐ None   Violation: D1

Safety Supervisor at Scene: Valarie Root

Did bus operator report accident in accordance with rules and regulations of the company? ☑ Yes ☐ No

If No, Explain:

Continue form on the back   O.V. = Other Vehicle

2   Revised 04/01/2016

LONDON 000018

**Annotations on form:**

What photo did Metro Police Officer Patrick Bowens used to verify the birthday and the identity of the driver?

Does not meet criteria for testing

---

This report has Bowens' name under the **(LAW ENFORCEMENT)** section. That proves he had prior knowledge of the *"questions of fact"*. Those questions are, *"Where did the accident take place", "Am I negligent?"* and *"Did I Fail to Yield the Right of way?"* The report states that the accident took place on the *(WB)* side of Roslyn and **the other driver received the ticket**, but I did not receive a ticket for *"Failure to Yield the Right of way."* Metro Officer Patrick Bowens did not go to traffic court on **(6-27-2019)** intentionally to allow Alfredo Robles' ticket to be dismissed and nullified as "evidence of non-training." Then he created the falsified crash report by stating that the accident took place on the *(EB)* side of Roslyn. The *(EB)* entry deceived the Plaintiffs' attorney, Cristobal Galindo cause he incorporated into the claim. In addition, he stated that I "failed to yield the right of way" as a contributing factor and created a false illustration with intent to deem me liable due to negligence. They chose mediation because they were scared to put me on the witness stand due to the way I broke down their falsified crash report.

---

2:20   LTE

G   define issue of fact

What is disputed question of fact?   ∧

A **question of fact** is a factual **dispute** between litigants that must be resolved by the jury at trial. It is an issue that is material to the outcome of the case and requires an interpretation of conflicting views on the factual circumstances surrounding the case.

law.jrank.org › pages › Question-Fact

Question of Fact - Further Readings - Judgment, Trial, Summary ...

**More results**

What is the difference between fact and law?   ∨

✳ Discover   ⬚ Snapshot   🔍 Search   ▭ Collections   ⋯ More

---

This proves that I was not issued a traffic ticket for "Failure to Yield the Right of Way". Therefore, Metro Officer Patrick Bowens determined that I was not **"AT FAULT"** under Texas Law for the accident that happened on 3-18-2029. In addition, **PROBABLE CAUSE** was NULLIFIED when Metro Officer Patrick Bowens drove away from the scene of the accident 3-18-2019. However, he created a false crash report with the "Failure to Yield the Right of Way" violation on it. This act caused a conflict of law. It is not okay for me to contest his opinion in traffic court, but it is acceptable to contest his opinion in criminal court. Metro Officer Patrick Bowens had prior knowledge of the facts on First Transit's report because he was at the accident. Therefore, ***"PREMEDITATED COLLUSION/CONSPIRACY and DELIBERATE INDIFFERENCE"*** was established and confirmed.

## SECTION III: PROOF OF VIOLATION OF MY "DUE PROCESS OF LAW" AND "EQUAL PROTECTION UNDER THE LAW" RIGHTS



**Houston Municipal Courts**
Municipal Courts Department

CITY OF HOUSTON
MUNICIPAL COURTS
1400 E LUBBOCK
HOUSTON, TX 77002

T. (713) 437-6311
www.houstontx.gov/courts

**Order of Dismissal**

CAUSE NUMBER: 139396171-01 TR 2019

THE STATE OF TEXAS
VS.
**ROBLES, ALFREDO F**

IN THE MUNICIPAL COURT
COURT NO. 12
HOUSTON, HARRIS COUNTY, TEXAS

ON THIS DAY THE ABOVE ENTITLED AND NUMBERED CAUSE FOR THE OFFENSE OF **NO VALID DRIVER'S LICENSE - SINGLE BLOCK**, WAS BEFORE THE COURT. THE COURT HAVING CONSIDERED THE MOTIONS OF THE PARTIES, HEREBY ORDERS THAT THIS CAUSE BE DISMISSED FOR THE FOLLOWING REASON: CASE DISMISSED - OFFICER NOT PRESENT.

IN CERTAIN CASES AND DISMISSALS, YOU HAVE A RIGHT TO EXPUNCTION OF RECORDS AND FILES THAT RELATE TO AN ARREST FOR AN OFFENSE PUNISHABLE BY FINE ONLY UNDER ARTICLE 55.01 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

June 27, 2019

LAWRENCE ROUSSEAU
JUDGE, MUNICIPAL COURT,
HOUSTON, TEXAS

6/27/2019
Date

Finding:   CASE DISMISSED - OFFICER NOT PRESENT

| | |
|---|---|
| IF PAYMENT IS REQUIRED TO COMPLETE THIS TRANSACTION, CASHIER STATIONS ARE LOCATED ON THE FIRST FLOOR AT ALL COURT LOCATIONS. IF PAYMENT IS REQUIRED, AND NOT MADE TODAY, THIS MAY RESULT IN FULL PAYMENT OF FINES AND COSTS BECOMING DUE IMMEDIATELY. ADDITIONAL PENALTIES MAY APPLY. | Court Costs: $0.00<br>Fine Amt: $0.00<br>Fees: $0.00<br>DPS Fees: $0.00<br>Collection Fees: $0.00<br>Time Served: $0.00<br>**Total Due:** $0.00 |

I had to fight the officer's *(CONTRIBUTING FACTOR OPINION)* that he entered on the falsified crash report as a defendant in the driver's Civil Court case#:2019-47796, but I was denied my right to fight the citation in traffic court. How is this "Equal Protection under the Law? I cleared my name with a few court motions despite of the deceived First Transit appointed attorney Ezra Finkel. I proved to him that I was not responsible for this accident. Officer Patrick Bowens and Jim Hollis knew I was not served a traffic ticket. **_DELIBERATE INDIFFERENCE_** was established and confirmed.

DISMISSAL
Created on 6/27/2019 8:53 AM

This is "OUTRAGEOUS!!!" There was no process of *"TRAFFIC COURT LAW"* since a **"NO VALID DRIVER'S LICENSE"** was the only ticket issued for the 3-18-2019 accident. If Metro Officer Patrick Bowens would have issued Alfredo Robles a *"Failure to Control Speed"* ticket in addition to the "No Driver License" ticket and attended court, he had to tell the truth about the photo evidence to confirm his opinion about who was at-fault for the accident. If he was so sure that I *"Failed to Yield the Right of Way"*, he should have issued me a ticket at the scene of the accident on 3-18-2019. This means that Officer Patrick Bowens was **"EXTREMELY PARTIAL."** His act under the scope of his employment *prevented me from exercising my constitutional right to have a judge or jury to determine my guilt or innocence.* Their decision would have been be the fact needed to confirm if I was at fault or a contributing factor for the accident. His *OPINIONS* about me being a *CONTRIBUTING FACTOR* on the falsified crash report is not the law. A decision by a judge or jury in traffic court would have established his opinion as a fact.



1:01

G   texas at fault accident laws

**Texas** is a "**fault**" car insurance state, which means you may file an insurance claim or lawsuit against the at-**fault** driver. So every driver can be held liable for any damages and injuries he or she causes in a car **accident** (Sec. ... $60,000 total for injuries per incident; $25,000 for property damage. Jan 17, 2019

Texas Car Accident Settlement Process and Timeline - State Laws - FindLaw

About Featured Snippets   Feedback

People also ask

## SECTION IV: PROOF THAT I DID NOT RECEIVE A TRAFFIC TICKET FOR "FAILURE TO YIELD THE RIGHT OF WAY"

If I was issued a "Failure to Yield the Right of Way" ticket, this would have been  the court of "*PROSECUTING JURISDICTION*" that *MS. JACQUELINE HOJEM* is referring to in her email *on page #7 of this petition*. The ticket would have been circumstantial evidence to confirm his opinion of his "Failure to Yield the Right of Way" opinion. This is further proof of the "*DECEPTION ELEMENT*" under *COLLUSION* because it allowed Metro Officer Patrick Bowens to list me as a "*CONTRIBUTING FACTOR*" and "*HIDE*" the "Failure to Yield the Right of Way" violation on the falsified crash report. In addition, a dismissal of the "Failure to Yield the Right of Way" violation would have made it extremely difficult to label me as a negligent contributing factor in the 3-18-2019 accident. He did not want me to go to traffic court because he knew his testimony was an element of my right to "*CONTEST HIS OPINION IN COURT.*" In addition, he had to explain why he violated *Texas Penal Code (37.10) –Tampering with a government document; Section (a): {1}, {2}, and {5}*. He also violated *{25 CFR, 11.440 TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE SECTION (B)}:* {Makes, presents or uses any record document or thing knowing it to be false and with the purpose to mislead a public servant who is or may be engaged in such proceeding or investigation} to create that false crash report. There is no way a reasonable Judge or jury would allow an officer to break the law to create a *FABRICATED* crash report. He had no intention to act in "*GOOD FAITH*" or to do the right thing after he declined to write me a traffic ticket on 3-18-2019.  Denying my right to contest the offense in traffic court was *UNCONSTITUTIONAL*. In addition, Metro Officer Patrick Bowens' "*Failure to Yield the Right of Way*" opinion is not a fact or the law. Furthermore, there are no laws that allow peace officers the right to "abuse their discretion", authority, or the power to falsify crash reports under the scope of their employment.

*CONSTITUTIONAL RIGHT VIOLATION AND DELIBERATE INDIFFERENCE* is established and confirmed.



## SECTION V: CORROBORATING EVIDENCE THAT I DID NOT RECEIVE A TRAFFIC TICKET FOR "FAILURE TO YIELD THE RIGHT OF WAY"



There is no "Failed to Yield the Right of Way" ticket under my driver license. Therefore, I cannot get a letter of exoneration from the Prosecuting Jurisdiction as Metro's Jacqueline Hojem suggest in her email response on page# 7 of this petition.

**Results for:**

- **Driver License #:** 11329467
- **Birth Date:** 03/04/1969

Note: You may hover over the **Court** and **Amount Due** to get more details

### Outstanding Violations

You must resolve the outstanding violations before the Department of Public Safety will be able to renew your license. *You should contact the court listed below to confirm the amount of the fines, court costs, and fees and verify that a court appearance is not required.*

| Court | Docket Number | Offense Date | Description | Amount Due |
|-------|---------------|--------------|-------------|------------|
|       |               |              |             |            |

### Closed Violations

| Court | Docket Number | Description | Disposition | Disposed Date |
|-------|---------------|-------------|-------------|---------------|
| Jefferson County Pct 4 | M-0004713 | Speeding 10-14 Over Limit | Closed | 03-04-2010 |

[Search Again] [Print]

In the event renewal of your driver license is denied, you would then be prohibited from operating a motor vehicle on a public street or highway in this state. Violation would constitute a misdemeanor punishable by a fine of up to $500.00 and/or confinement for up to six months. Please note that the Department of Public Safety will not clear your driver record or renew your driver license without authorization from the court(s) identified above.

For technical assistance, please send email to Technical support.

be assessed against the driver.

A traffic citation may also require a driver to appear in traffic court. While a traffic citation will not ultimately prove who is legally responsible for a car accident in a subsequent lawsuit, it *may be used as evidence* that the driver was negligent. This will be discussed in greater detail below.

*Return to top ↑*

statement about who was at fault for the auto accident based on the police officer's professional judgment.

However, *many police reports do NOT include a determination of fault*. It's important to understand that even if a police report states who was responsible for a car accident, this does not automatically mean that the person will be held legally responsible (or "liable") for damages in a subsequent lawsuit.

**fee for failure to yield right**

ALL    NEWS    VIDEOS    IMAGES    SHOPPI

If declared under trial that you are responsible for the offense, **failure to yield** in Texas is punishable by fines, points on your license, and could affect your insurance rate. The offense is punishable by fines no less than $500 and up to $2,000, if the other driver received bodily injury.
May 20, 2019

www.injuryattorneyofdallas.com ›

**What Is the Punishment for Failing to Yield in Texas?**

About Featured Snippets    Feedback

Discover   Snapshot   Search   Collections   More

This is outrageous! The officer decided to falsify a government document with the intent to deceive others into believing that I was negligent and at-fault for the 3-18-2019 accident. ___NEGLIGENT SUPERVISION, NEGLIGENT TRAINING,___ and ___DELIBERATE INDIFFERENCE___ are established and confirmed.

## SECTION VI: PROOF THAT METRO DOES NOT HAVE LEGAL AUTHORITY TO DECIDE GUILT OR INNOCENCE



I asked Metro to send me a letter to clear my name as being negligent for the accident based on their officer's false crash report. I was declined and instructed to check with the Prosecuting Jurisdiction by Jacqueline Hojem. She is Metro's contact person for their open records requests. However, I was never prosecuted for *"Failure to Yield the Right of Way"* because my constitutional right to contest his opinion in traffic court was violated by the non-issuance of a traffic ticket. That was "Obstruction of Justice" by Metro Officer Patrick Bowens. In addition, this email also proves that Metro Police Officer Patrick Bowens "Abused his Discretion" and had no legal authority or right to implement me as a contributing factor without a Judge or Jury deciding my guilt or innocence. In essence, Metro Officer Patrick Bowens and TXDOT's Jim Hollis have collaborated with their General Council to obtained clarity before they created and approved the false crash report respectively.

*DELIBERATE INDIFFERENCE* was established and confirmed.



Case settled at mediation. Claims against you getting dismissed without admission of liability.

First Transit paid this claim not Metro. Therefore, Metro is not protected as {*Respondeat Superior*} under RES JUDICATA as a Defense for this petition.

Officer Bowens should have attached the accident photo to the crash report. **"HE WAS NOT SUPERVISED AND TRAINED PROPERLY.** Officer Bowens knowingly "Breached his Duty" by *"NOT ISSUING"* a traffic ticket and creating that false crash report. *See page #25 of this petition.* **Since we did not do anything, we could be seen as co-conspirators who aided in collusion/conspiracy and deliberate indifference.**

I reviewed his report also and yes, he "Breached his Duty". In addition, he did not reference the accident photo evidence in GOOD FAITH when he created the crash report. We should have instructed him to *AMEND* his illustration. We betrayed Mr. London and we are liable for *Negligent Supervision, Negligent Training, Constitutional Right Violation, "PREMEDITATED COLLUSION/CONSPIRACY and DELIBERATE INDIFFERENCE*

This is more proof of why I should not have been falsely accused of being negligent for the accident on 3-18-2019. If I had challenged that ticket in traffic court, I would have pleaded not guilty and it would have been dismissed due to the same direct evidence from the accident. Furthermore, Metro Officer Patrick Bowens' falsified crash report would not list me as a contributing factor. In addition, my TXDOT driver's record would not contain a negative insert. In addition, this email confirms the financial element of my *"PREMEDITATED COLLUSION CLAIM."*



Metro General Council/Exec. Director Cyndonii Fairfax

Metro Police Chief, Vera Bumpers

*COLLUSION/CONSPIRACY, NEGLIGENT TRAINING, NEGLIGENT SUPERVISION, AND DELIBERATE INDIFFERENCE* are established and confirmed. *See page #26 of this petition.* **These are not actual quotes of Vera Bumpers or Cyndonii Fairfax. However, their version of the truth should not be that different after they review this petition in real time.**

## SECTION VII: PROOF THAT METRO POLICE OFFICER PATRICK BOWENS' UNCLEAN HANDS VIOLATED TEXAS PENAL CODE *(37.10)*



I have the power to alter the photo evidence from the 3-18-2019 accident scene to make sure the bus driver is negligent and a contributing factor on Crash Report# **16959204.**

Under the scope of his employment, Metro Police Officer Patrick Bowens used his *"UNCLEAN HANDS"* to input false data into a government computer to create the fabricated crash report. Therefore, his *negligent act* was the violation of Texas Penal Code (37.10) *–Tampering with a government document. Section (a):* {1}, {2}, and {5}. He also violated **25 CFR, 11.440 Tampering With Or Fabricating Physical Evidence; Section {B}**

Metro Police Officer, Patrick Bowens

Metro Police Officer Patrick Bowens had ten days to turn in the crash report. Therefore, he had enough time to discuss the following with his superior officers, Metro's General Counsel Cyndonii Fairfax, and TXDOT's Jim Hollis:

1) Accident scene photo and video

2) The problem with not giving me a ticket at the accident scene

3) The fact that my Civil Liberties and Constitutional Rights could be violated

4) The non-deployment of the air bags and the possibility of recalls

5) The conflict of entering Code# 22 - "Failure to Yield the Right of Way" on the crash report

A defendant's unclean hands can also be claimed and proven by the plaintiff to claim other equitable remedies and to prevent that defendant from asserting equitable affirmative defenses. In other words, 'unclean hands' can be used offensively by the plaintiff as well as defensively by the defendant.

"He who comes into equity must come with clean hands" is an equitable maxim in English law.

∨ See also

∨ References

Reference by Wikipedia

Comes now is Donavan A. London, the plaintiff with **"CLEAN HANDS"** to demand financial restitution as the only equitable remedy in this matter.

Last edited 30 minutes ago by Joefr...

## SECTION VIII: PROOF OF CRASH REPORT#: 16959204 THAT WAS FALSIFIED

Law Enforcement and TxDOT Use ONLY

☐ FATAL   ☒ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 2 | Total Num. Prsns. | 2 | TxDOT Crash ID | 16959204.1 /2019119029 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 1 of 2

*Crash Date (MM/DD/YYYY) 0 3 / 1 8 / 2 0 1 9   *Crash Time (24HR/MM) 1 8 0 9   Case ID 1900015817   Local Use 0342911190

*County Name HARRIS   *City Name HOUSTON   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) . '   Longitude — (decimal degrees) . '

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys. IR   Hwy. Num.   2 Rdwy. Part 1   Block Num. 3900   3 Street Prefix   * Street Name Pinemont   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit 35   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc. Concrete

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☒ Yes ☐ No   1 Rdwy. Sys. IR   Hwy. Num.   2. Rdwy. Part 1   Block Num. 5000   3 Street Prefix   Street Name Rosslyn   4 Street Suffix

Distance from Int. or Ref. Marker   ☐ FT ☐ MI   3 Dir. from Int. or Ref. Marker   Reference Marker   Street Desc. Concrete   RRX Num.



What photo ID did Metro Police Officer Patrick Bowens used to verify the birthday and the identity of the driver?

| Unit Num. 1 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. JGP9129 | VIN 1 Z V F T 8 0 N 4 5 2 7 5 0 0 5 |

Veh. Year 2 0 0 7   6. Veh. Color WHI   Veh. Make FORD   9. Veh. Model MUSTANG   7 Body Style P2   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 5   DL/ID State   DL/ID Num.   9 DL Class   10 CDL End.   11 DL Rest. 5   DOB (MM/DD/YYYY) 0 4 / 2 1 / 1 9 8 4

Address (Street, City, State, ZIP) 6262 Underhill #1500  Houston, TX 77092

Metro Police Officer Patrick Bowens entered code #1-(Airbag not Deployed). This established probable cause, but he did not investigate. See page #23 of this petition..

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Figueroa, Alfredo Robles | N | 34 | H | 1 | 1 | 99 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address Figueroa, Alfredo Robles, 6262 Underhill #1500  Houston, TX 77092

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 2   Fin. Resp. Name  A- Max Auto Insurance   Fin. Resp. Num. 42AU000328225

Fin. Resp. Phone Num. (713)-956-0000   27 Vehicle Damage Rating 1  2 - R F Q - 3   27 Vehicle Damage Rating 2   -   Vehicle Inventoried ☐ Yes ☒ No

Towed By  Car King   Towed To  5675 W. Tidwell rd.

Metro Police Officer Patrick Bowens verified that the 2007 Mustang occupant's injuries **WERE NOT SEVERE**. See Peace Officer codes on page #23 of this petition.

| Unit Num. 2 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. 1198065 | VIN 1 N 9 0 4 0 5 5 6 E A 1 0 5 3 3 |

Veh. Year 2 0 1 4   6. Veh. Color WHI   Veh. Make NORTH AMERICAN BUS INDUSTRIES (NABI)   Veh. Model BUS   7 Body Style BU   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 5   DL/ID State TX   DL/ID Num. 11329467   9 DL Class B   10 CDL End.   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 3 / 0 4 / 1 9 6 9

Address (Street, City, State, ZIP) 4405 Dabney ST Houston, TX 77026

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | London, Donavan Amorris | N | 50 | B | 1 | 1 | 99 | 97 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address Metropolitan Transit Authority, 1900 Main ST Houston, TX 77002

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type 7   Fin. Resp. Name  Metropolitan Transit Authority   Fin. Resp. Num. Certificate# 2

Fin. Resp. Phone Num. (713) 615-4000   27 Vehicle Damage Rating 1  1 1 - F L 1 3 -   27 Vehicle Damage Rating 2   -   Vehicle Inventoried ☐ Yes ☒ No

Towed By  Driver   Towed To  Driven Off

Copy from Custodial File

Why Commercial Moving Vehicles do not have airbags?

Are bus operators injured in accidents?

## SECTION IX: PROOF OF FALSIFIED CRASH REPORT ILLUSTRATION

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

| Case ID | 1900015817 | TxDOT Crash ID | 16959204.1/2019119029 | Page 2 of 2 |
|---|---|---|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | No Driver License | 139396171 |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

**CMV**

| Unit Num. | 2 | ☒ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☒ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☒ No | 28 Veh. Oper. | 29 Carrier ID Type 9B | Carrier ID Num. 0000001858 |

Carrier's Corp. Name  Metropolitan Transit Authority   Carrier's Primary Addr.  1900 Main ST Houston, TX 77002

| 31 Bus Type 2 | ☐ RGVW  ☒ GVWR  4 2 0 0 0 | HazMat Released ☐ Yes ☒ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 2 | 30 Veh. Type 4 |

| Unit Num. | ☐ RGVW  ☐ GVWR | 34 Trlr Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW  ☐ GVWR | 34 Trlr Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events 13 | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

**FACTORS & CONDITIONS**

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | | | | | | |
| 1 | 22 | | | | 1 | 1 | 1 | 4 | 1 | 1 | 8 |
| 2 | 37 | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Unit 1 traveling east bound on 3900 Pinemont with RFQ made contact with FL of unit 2 traveling north bound on 5000 Rosslyn.

Field Diagram - Not to Scale

> Code# 22: is for "failure to control speed." No ticket was issued to the driver of the Mustang.

> Code# 37: is for "failure to yield the right of way." No ticket was issued to me. Therefore, the ground for my constitutional right to contest the citation in Traffic Court was denied and violated because I did not have a paper ticket or court date. He did not perform his ticket writing duty.

> See page #9 above. The defective air bags were not entered as **vehicle defects** under contributing factors. It proves Officer Bowens and Jim Hollis never investigated the non-deployment of the air bags. This means that this crash report is *INCOMPLETE*. The injuries claimed by the defendants are protected by air bags. ***See pages #16, 17, 18 and 23 of this petition.***

> Compare Metro Officer Patrick Bowens' falsified "point of impact" illustration to the relevant photo evidence that was taken at the accident *scene on page# 14 of this petition.* There is no logical way the right front tire should be turned to the right. This is absurd, dumb, and as simple as *PICTIONARY*. ***See photo on page# 15.***

> There is no logical way the right front tire should be turned to the right. This is absurd, idiotic, OUTRAGEOUSLY dumb and as simple as ***PICTIONARY***. *See photo on page #15.*

3900 Pinemont

5000 Rosslyn

Not To Scale

**INVESTIGATOR**

| Time Notified (24HR:MM) 1 8 0 9 | How Notified Dispatch | Time Arrived (24HR:MM) 1 8 3 7 | Report Date (MM/DD/YYYY) 0 3 / 1 8 / 2 0 1 9 | |
|---|---|---|---|---|
| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) Bowens, Patrick J. | | | ID Num. 908042 |
| ID Num. T X 1 0 J 5 7 0 | Agency METRO TRANSIT POLICE DEPARTMENT | | | Service/ Region/DA 0 1 0 1 0 1 |

> ***DELIBERATE INDIFFERENCE*** is established and confirmed.
> *Doe v. City of Memphis. #18-5565. 2019 U.S. App. Lexis 22920 (6th Cir.).*

## SECTION X: PROOF THAT PREMEDITATED COLLUSION/CONSPIRACY AND DELIBERATE INDIFFERENCE YIELDED THIS "FRUIT OF THE POISONOUS TREE"



FALSIFIED
CRASH
REPORT#: 16959204

OFFICER
PERJURY

OFFICER ABUSE
OF
DISCRETION

NEGLIGENT
SUPERVISION
AND
NEGLIGENT
TRAINING

**DELIBERATE INDIFFERENCE**

OFFICER'S SWORN
OATH
VIOLATION

**VIOLATING** THE Texas
Penal Code (37.10) –
*Tampering with a government document.* *Section (a):* {1}, {2}, and {5}.

**VIOLATING 25 CFR, 11.440
TAMPERING WITH OR
FABRICATING PHYSICAL
EVIDENCE
SECTION (B):**

Makes, presents or uses any record document or thing knowing it to be false and with the purpose to mislead a public servant who is or may be engaged in such proceeding or investigation.

DEFECTIVE
AIR BAGS NOT
DOCUMENTED AND
RECALLS NOT
INVESTIGATED

DEFAMATION
AND
SLANDER

OBSTRUCTION
OF
JUSTICE

11:13                    LTE

Cornell Law School          Search Cornell

[LII]

## Fruit of the Poisonous Tree

A doctrine that extends the exclusionary rule to make evidence inadmissible in court if it was derived from evidence that was illegally obtained. As the metaphor suggests, if the evidential "tree" is tainted, so is its "fruit." The doctrine was established in 1920 by the decision in Silverthorne Lumber Co. v. United States, and the phrase "fruit of the poisonous tree" was coined by Justice Frankfurter in his 1939 opinion in Nardone v. United States.

The Metro Officer Patrick Bowens and TXDOT's Jim Hollis' planted the **COLLUSION/CONSPIRACY** "Tree with poisonous fruit" was when the OFFICER created falsified crash report# 16959204 and TXDOT's Jim Hollis approved it. There is no *photo or video evidence* on this planet to corroborate, comply with, or confirm **"the collision point"** illustration on the fabricated crash report. Metro Officer Patrick Bowens concocted his version of the **"the collision point"** in his mind after he left the scene of the accident on 3-18-2019. Therefore, his criminal act of falsifying the crash report was **PREMEDITATED**. His *"Unclean Hands"* precluded the crash report from being a fact. Therefore, it should have never been "admissible evidence" in Civil Claim#: 2019-47796. In addition, 61st Court Judge Fredericka Phillips should have never given it "litigation life."

**DELIBERATE INDIFFERENCE** was established and confirmed.

## SECTION XI: TXDOT'S CRASH DATA AND ANALYSIS DIRECTOR JIM HOLLIS



My duty is to approve of "ACCURATE" crash data and "ACCURATE" crash reports.

Under the scope of his employment, TXDOT's Crash Data and Analysis Director Jim Hollis used his *"UNCLEAN HANDS"* to input false data into a government computer to *CERTIFY* the fabricated crash report. Therefore, he approved of Metro Officer Patrick Bowens' violation of Texas Penal Code (37.10) –*Tampering with a government document.* *Section (a):* {1}, {2}, and {5} by approving of the falsified crash report. . He also approved of Metro Officer Patrick Bowens' violation of This act *CONFIRMS* the *COLLUSION* and *CONSPIRACY* claim in my petition See his approval document on *PAGE #13* of my petition.

5:27

considered to be one party and cannot collude with themselves.

The arrangement can be proven directly through witness statements or incriminating documents that record the illicit agreement, or circumstantially through, for example, evidence showing the rotation of winning bidders in a collusive bidding scheme, which indicates concerted action by more than one party.

**Designed to achieve an improper purpose**

An "improper purpose" means a purpose prohibited by law, regulation, procurement or IFI Guidelines, and includes attempts as well as completed offenses. More specific examples of an improper purpose include efforts to defeat competition and artificially raise prices in a collusive bidding scheme.

The design to achieve an improper purpose, like the arrangement between two or more parties, can be proven by direct evidence or inferred from the circumstances, such as unusual bidding patterns, the exclusion of other bidders or the quotation of unreasonably high bid prices.

**Including to influence improperly**

Covers agreements to pay bribes or commit other offenses, such as fraudulent or collusive practices even if not successful.

The actions of another party

The other party can be a company, individual, government agency or other entity.

*COLLUSION AND DELIBERATE INDIFFERENCE* are established and confirmed.

2:34

As per Texas Transportation Code Chapter 550, TxDOT is responsible for the collection and analysis of crash data submitted by Texas law enforcement officers on form CR-3, Texas Peace Officer's Crash Report. TxDOT maintains a statewide, automated database for reportable motor vehicle traffic crashes received by TxDOT.

Historically, TxDOT retained five years of crash data. However, in 2015, an update to TxDOT's Texas State Library and Archive retention policy was made and TxDOT moved to a 10-year retention period for crash data. As a result, TxDOT has crash data from Jan. 1, 2010, to present, and will accrue data for 10 calendar years. Records prior to Jan. 1, 2010, have been purged and are no longer available.

**Annual Summary Reports**

Summary reports of Texas Crash data are published annually. The previous year's data is published by June of the following year. Texas Motor Vehicle Crash Statistics reports are available for download.

**Note:** Statistics contained in these reports are generated from data provided by TxDOT's Crash Records Information System (CRIS).

CRIS Query Tool

TXDOT's Jim Hollis should have extended the ten-day deadline to collaborate with a CERTIFIED ACCIDENT RECONSTRUCTION COMPANY, Metro's Police Chief Vera Bumpers, and General Counsel, Cyndonii Fairfax to prevent the following:

A) The ignoring of the accident scene photo and video as true, relevant evidence

B) The creation of the false crash report by Metro Officer Patrick Bowens

C) The violation of my Civil Liberties and Constitutional Rights

D) The non-entry of the air bags into the Vehicle Defects on the false crash report as Contributing Factors to the injuries

E) The conflict of law by not issuing me a ticket for "Failure to Yield the Right of Way" onto the crash report and entering a false Code# 22.

## SECTION XII: PROOF OF COLLABORATION AND PREMEDITATED COLLUSION BETWEEN TXDOT'S JIM HOLLIS AND METRO POLICE OFFICER PATRICK BOWENS

The OUR MISSION statement at the bottom of this page contains the word "COLLABORATION." This word establishes the fact that Jim Hollis and Patrick Bowens are responsible for discussing the fabricated data under the scope of their employment and it was entered on the Crash Reports. Therefore, my *"PREMEDITATED COLLUSION CLAIM"* is verified.



**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8588 | WWW.TXDOT.GOV

Jim Hollis did not respond to this email.

Tue, 26 March 2019

STATE OF TEXAS      §

This is to certify that I, Jim Hollis, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Mon, 18 March 2019, which occurred in          Harris          County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.



Jim Hollis
Director, Crash Data & Analysis Section
125 East 11th Street
Austin, Texas 78701-2483
1-844-274-7457



1) How important is air bag recalls?

2) How do you document or record Defective Air Bags on crash reports?

Sent from Yahoo Mail on Android

This proves that I reached out to Jim Hollis to get a reasonable response as to why the air bags recalls were not investigated. In addition, he knew Metro Officer Patrick Bowens entered the "non-deployment" air bag code. **Collusion is confirmed.** *See page# 9 of this petition.*

**OUR VALUES:** People • Accountability • Trust • Honesty

**OUR MISSION:** Through collaboration and leadership, we deliver a safe, reliable, and integrated transportation system that enables the movement of people and goods.

An Equal Opportunity Employer

*DELIBERATE INDIFFERENCE* is established and confirmed.
*Anderson v City of Rockford. #18-2211. 2019 U.S. App. Lexis 22216. 2019 WL 2224655 (7th Cir.).*

# SECTION XIII: PROOF OF ACCIDENT PHOTO EVIDENCE THAT METRO OFFICER PATRICK BOWENS AND TXDOT'S JIM HOLLIS IGNORED



190 to 240-degrees.

180-degree line

The 2007 Mustang's front bumper is between 190 to 240-degrees. Therefore, it is out of line with the Truck behind it. I rotated Metro Officer Patrick Bowens' "point of impact" illustration on *crash report # 16959204*, he made it look like I hit the 2007 Mustang's and knocked it off the 180-degree line in the opposite direction of the accident photo. He had no right to alter or fabricate that report with this type of training or a similar curriculum. *__Please use the 180 degree protractor to verify the Mustang's angles.__*

## SECTION XIV: PROOF OF ADDITIONAL ACCIDENT PHOTO EVIDENCE THAT METRO OFFICER PATRICK BOWENS AND TXDOT'S JIM HOLLIS IGNORED



METRO OFFICER PATRICK BOWENS AND TXDOT'S JIM HOLLIS VIOLATED THIS LAW ALSO, BUT THEY ARE NOT ABOVE THE LAW!

25 CFR § 11.440 - Tampering with or fabricating physical evidence.

(b) Makes, presents or uses any record, document or thing knowing it to be false and with the purpose to mislead a public servant who is or may be engaged in such proceeding or investigation.

If they were subpoenaed to testify, METRO OFFICER PATRICK BOWENS AND TXDOT'S JIM HOLLIS would commit perjury.

There is no physical way the 2007 Mustang's right, passenger side, front wheel should be in this position. If I collided with it as Metro Officer Patrick Bowens' falsified, _deceitful_ "point-of-impact" illustration shows on crash report#:**16959204** _(page #10 of this petition),_ the wheel would be turned towards the left not the right or smashed under the fender. Therefore, his illustration and this photo are inconsistent. He did not use this photo evidence as reference when he created the falsified crash report. _**I DEMAND FOR THIS PHOTO TO BE ADMISSIBLE AS DIRECT AND RELEVANT EVIDENCE TO SUPPORT THIS PETITION.**_ In addition, the Defendants collaborated on this photo and agreed to misrepresent the photo as evidence _**"under the scope of their employment."**_ Collusion is confirmed. _See pages: #10 and #14._

_**DELIBERATE INDIFFERENCE**_ is established and confirmed. _Monell v. Department of Social Services of City of New York, #75-1914, 436 U.S. 658 (178) doctrine._



# SECTION XV: THE AIR BAG DEFECTS NOT LISTED ON CRASH REPORT#: 16959204



**DELIBERATE INDIFFERENCE** is established and confirmed. See ages # 9, 10, and 23 of this petition.

**SECTION XVI:** UNDOCUMENTED VEHICLE DEFECT ON CRASH REPORT#: 16959204

 **RECALL**

# DRIVER AIRBAG INFLATOR REPLACEMENT PARTS ARE READILY AVAILABLE

**NHTSA Recall Number:** 15V319      **NHTSA Date:** MAY 27, 2015      **Ford Recall number:** 15S21

**Status:** 11 - RECALL INCOMPLETE

**Recall Description:** DRIVER AIRBAG INFLATOR REPLACEMENT PARTS ARE READILY AVAILABLE

**Risk to Safety:** AN INFLATOR RUPTURE COULD RESULT IN METAL FRAGMENTS STRIKING AND POTENTIALLY SERIOUSLY INJURING VEHICLE OCCUPANTS.

**Remedy Program:** DEALERS WILL REPLACE THE DRIVER AIRBAG INFLATOR WITH A NEW ONE, FREE OF CHARGE.

**Manufacturer Notes:** TO CHECK FOR NON-SAFETY-RELATED PROGRAMS APPLICABLE TO YOUR VEHICLE, SEE HTTP://WWW.FORD.COM/ OR WWW.LINCOLN.COM OR CALL YOUR FORD OR LINCOLN DEALER.

Be advised that this system tracks Recalls and Customer Satisfaction Programs for which vehicles are subject to repair in the United States. The information provided is subject to change and update. There may be temporary delays in update of information on this site due to a number of factors. For the latest information regarding the status of your vehicle or any recall program of Ford Motor Company, please contact your local dealership directly or the Customer Relationship Center.

A recall is an action by the Company to remedy a safety concern related to a vehicle defect or regulatory requirement. It may require that you return your vehicle to the dealer for service. If your vehicle is not affected, it may be because it was built at a different time or using a different part than the affected vehicles.

*DELIBERATE INDIFFERENCE* is established and confirmed. See ages # 9, 10, and 23 of this petition.

**SECTION XVII: <u>UNDOCUMENTED VEHICLE DEFECT ON CRASH REPORT#: 16959204</u>**



**RECALL**

# PASSENGER AIRBAG INFLATOR REPLACEMENT

**NHTSA Recall Number:** 19V001        **NHTSA Date:** JAN 28, 2019        **Ford Recall number:** 19S01

**Status:** 11 - RECALL INCOMPLETE

**Recall Description:** PASSENGER AIRBAG INFLATOR REPLACEMENT

**Risk to Safety:** THE PASSENGER FRONTAL AIRBAG INFLATOR COULD RUPTURE IF THE VEHICLE IS INVOLVED IN A CRASH WHERE THE SUPPLEMENTAL FRONTAL AIRBAGS ARE DESIGNED TO DEPLOY. IF AN INFLATOR RUPTURES METAL FRAGMENTS COULD ENTER THE PASSENGER COMPARTMENT INCREASING THE RISK OF INJURY OR DEATH TO OCCUPANTS.

**Remedy Program:** OWNERS WILL BE NOTIFIED BY MAIL AND INSTRUCTED TO TAKE THEIR VEHICLE TO A FORD OR LINCOLN DEALER TO HAVE THEIR PASSENGER FRONTAL AIRBAG INFLATOR REPLACED. THERE WILL BE NO CHARGE FOR THIS SERVICE. FORD WILL FORWARD A COPY OF THE NOTIFICATION LETTERS TO DEALERS TO THE AGENCY WHEN AVAILABLE.

**Manufacturer Notes:** TO CHECK FOR NON-SAFETY-RELATED PROGRAMS APPLICABLE TO YOUR VEHICLE, SEE HTTP://WWW.FORD.COM/ OR CALL YOUR FORD DEALER.

***DELIBERATE INDIFFERENCE*** is established and confirmed. See ages # 9, 10, and 23 of this petition.

# SECTION XVIII:  MY REPUTATION AS A SAFE DRIVER WAS DEFAMED







Metro Officer Patrick Bowens had *__TO LIE__* due to my certifications. He falsified his illustration on crash report#:16959294 "under the scope f his employment" or "*DECEIVE*" others under to believe that I was a negligent contributing factor in the cause of the accident on 3-18-2019 with **claim#:2019-47796**.

My *"Perfect Attendance"* for March of 2019 was **TAINTED** by Metro Officer Patrick Bowens' falsified crash report and TXDOT's Jim Hollis' confirmation. I was suspended (7-days) without pay.

My *"No Accident"* status for March of 2019 was **TAINTED** by Metro Officer Patrick Bowens' falsified crash report and TXDOT's Jim Hollis' confirmation.

My *"No Injury"* status for March of 2019 was **TAINTED** by Metro Officer Patrick Bowens' falsified crash report and TXDOT's Jim Hollis' confirmation.

My *"No-Write-Up"* status for March of 2019 was **TAINTED** by Metro Officer Patrick Bowens' falsified crash report and TXDOT's Jim Hollis' confirmation.







| Crash Type & Location Crash | Definition | CRIS Data Codes |
|---|---|---|
| Intersection and Intersection Related Crash— All | A crash that occurs within the boundaries of an intersection or in which the first harmful event occurred on an approach to or exit from an intersection and resulted from an activity, behavior- or control-related to the movement of traffic units through the intersection. | INTRST_RELAT_ID = 1 - Intersection, or 2 - Intersection Related |
| Intersection and Intersection Related Crash— Failure to Yield Right of Way | A crash in which the first harmful event occurred on an approach to or exit from an intersection and resulted from an activity, behavior- or control-related to the movement of traffic units through the intersection and in which at least one vehicle failed to yield right of way. | INTRST_RELAT_ID = 1 - Intersection, or 2 - Intersection Related), and CONTRIB_FACTR_ID = 32 - Failed To Yield Row – Emergency Vehicle, or 33 - Failed To Yield Row – Open Intersection, or 35 - Failed To Yield Row – Stop Sign, or 36 - Failed To Yield Row – To Pedestrian, or 37 - Failed To Yield Row – Turning Left, or 38 - Failed To Yield Row – Turn On Red, or 39 - Failed To Yield Row – Yield Sign |
| Work Zone Crash | A crash in a construction zone or other maintenance area, whether or not it was construction related. | CRASH ROAD CONSTRUCTION ZONE FLAG_ID = Y, or CRASH ROAD CONSTRUCTION ZONE WORKER FLAG_ID = Y, or OTHR_ FACTR = 49 - Construction Zone - Not Construction Related, or 50 - Construction Zone - Construction Related, or 51 - Other Maintenance Area - Not Construction Related, or 52 - Other Maintenance Area - Construction Related |
| Railroad Grade Crossing Crash | A crash at an at-grade railroad/highway crossing, whether or not a train was involved. | CRASH RAILROAD RELATED FLAG ID = Y, or HARM_EVNT = 3 - RR Train, or PHYSICAL FEATURE = 17 – RR Grade Crossing, or OBJECT STRUCK = 10 - Hit Moving Forward) , or 11 - Hit Train Backing), or 12 - Hit Train Standing Still, or 13 - Hit Train-Action Unknown, or 24 - Hit Railroad Signal Pole or Post, or 25 - Hit Railroad Crossing Gates |

This proves that TXDOT'S Jim Hollis has a continuous working knowledge of *code #37 accidents*. He should have pointed out the false impact points of Metro Officer Patrick Bowens' illustration on *crash report# 16959294* as compared to the accident scene photo.

## SECTION XIX: PROOF OF NULLIFIED DEFENSES



*"QUALIFIED IMMUNITY"* is not a reliable defense because of the following:

1) Metro Peace Officer Patrick Bowens violated his sworn oath to uphold the constitution.

2) Metro Peace Officer Patrick Bowens violated my CONSTITUTIONAL RIGHT to contest his "Failure to Yield the Right of Way" opinion is Traffic Court.

3) Metro Peace Officer Patrick Bowens violated my CONSTITUTIONAL RIGHT to "DUE PROCESS" by serving me a ticket during his investigation of the accident that took place on 3-18-2019.

Therefore, *"QUALIFIED IMMUNITY"* is nullified because I have clearly established Metro Peace Officer Patrick Bowens' violation of my constitutional rights that as a reasonable person took a sworn oath to uphold.





This corroborating evidence proves that qualified immunity did not protect the Ex-Dallas police officer from falsifying Traffic citations. Therefore, does not protect Metro Officer Patrick Bowens' falsified illustration on *crash report# 16959294.* His negligent act was *UNCONSTITUTIONAL*.

## SECTION XX: NULLIFIED DEFENSES CONTINUED

*"PROBABLE CAUSE"* is not a reliable defense because of the following:

1) Metro Peace Officer Patrick Bowens was at the scene of the accident on 3-18-2019 and he analyzed the "2007 Mustang's" point of impact.

2) He did not give me a "Failure to Yield the Right of Way" ticket after he created the false crash report.

3) At that point, he determined that I was NOT negligent or a contributing factor to cause of the accident.

4) He knew the "Preponderance of Evidence" was not in favor of a Civil Claim so created a falsified crash report that yielded "Manufactured Evidence."

Therefore, *"PROBABLE CAUSE"* is nullified.

*"MERCY OF THE COURT"* is not a reliable defense because of the following:

1) Metro Peace Officer Patrick Bowens' act was premeditated.

2) He carried it out during the 10-day crash report deadline.

3) He had time to look at the video, the accident photos, consult with his superior officers, and discuss any constitutional concerns with Metro's legal department before he created the fabricated crash illustration.

4) He had time to collaborate with Jim Hollis, TXDOT'S Director of the Crash Data and Analysis Section about the falsified illustration. Under the scope of their employment, Metro Peace Officer Patrick Bowens' violated Texas Penal Code (37.10) –*Tampering with a government document; Section (a): {1}, {2}, and {5}; and* . Then Jim Hollis approved of it.

5) They decided to ignore the PHOTO evidence and leave the illustration as false. The approval of the falsified crash report was filed on 3-26-2019 BY Jim Hollis and is now on record with TXDOT.

Therefore, *"MERCY OF THE COURT"* is nullified.



## SECTION XXI: NULLIFIED DEFENSES CONTINUED



*"RES JUDICATA"* is not a reliable defense because of the following:

1) Metro Peace Officer Patrick Bowens, TXDOT and TXDOT's Director of Crash Data and Analysis Section, Jim Hollis **WERE NOT** parties in the Mediated Settlement of Civil Claim#:2019-47796.

2) A **MEDIATOR** resolved the settlement for Civil Claim#:2019-47796 and not by the 61st District Court Judge **Fredericka Phillips in her court of competent jurisdiction**.

3) A decision on the final judgment of merits was not made in a court of law by a judge or jury. *The settlement was paid by First Transit not Metro.*

4) My "cause of action" is *"COLLUSION"* due to the FALSIFIED Crash Report#: **16959204** by Metro Peace Officer Patrick Bowens and confirmed by TXDOT's Director of Crash Data and Analysis Section, Jim Hollis. They used *"UNCLEAN HANDS"* to plant the report as the seed of the *"POISONOUS TREE."*

Therefore, the (4) elements of *"RES JUDICATA"* under Federal law are met and nullified.

---

SUBCHAPTER D. WRITTEN ACCIDENT REPORT

Sec. 550.0601. DEFINITION. In this subchapter, "department" means the Texas Department of Transportation.

Added by Acts 2007, 80th Leg., R.S., Ch. 1407 (S.B. 766), Sec. 2, eff. September 1, 2007.

Sec. 550.063. REPORT ON APPROPRIATE FORM. The form of all written accident reports must be approved by the department and the Department of Public Safety. A person who is required to file a written accident report shall report on the appropriate form and shall disclose all information required by the form unless the information is not available.

---

**Screenshot 1 (elements.blogspot.com):**

1990).

**ELEMENTS OF RES JUDICATA UNDER FEDERAL LAW**

Similar to Texas law, under federal law, res judicata will apply if: (1) the parties are identical in both suits; (2) the prior judgment is rendered by a court of competent jurisdiction; (3) there is a final judgment on the merits; and (4) the same cause of action is involved in both cases. *Id.*

SOURCE: HOUSTON COURT OF APPEALS - 01-11-00096-CV - 5/9/12

[Appellant] has not brought forth a prior final judgment on the merits of any issue that is the subject of the underlying litigation. Thus, he failed to raise a fact issue on res judicata. We need not reach [Appellee's] other arguments about why res judicata does not apply.

**Screenshot 2 (Google search — "is mediation in texas the san"):**

Are mediators in demand?

Does a mediator decide the outcome?

Unlike a judge or an arbitrator, the **mediator** won't **decide the outcome** of the case. The **mediator's** job is to help the disputants resolve the problem through a process that encourages each side to: air disputes. identify the strengths and weaknesses of their case.

www.nolo.com › legal-encyclopedia
Mediation: The Six Stages | Nolo

More results

What happens if we don't agree in mediation?

---

This is another law that Metro Officer Patrick Bowens violated after he *entered code # 1 for non-deployment of airbags.* Furthermore, he did not enter the information under the "vehicle defect" field as a contributing factor on crash report #16959204. The airbag recall *information is available* on the (NHTSA) website. See pages # {9, 10, 16, 17, and 18} of this petition. **DELIBERATE INDIFFERENCE** was established and confirmed.

---

# SECTION XXII: PROOF THAT FIRST TRANSIT'S LAWYER EZRA FINKEL REALIZED MY MOTIONS WERE FACT-BASED TO CLEAR MY NAME

make the determination as to whether any vehicles approaching are close enough to constitute an "immediate hazard." *Id.*

Numerous other courts have held that where an operator must make the determination as to whether an approaching vehicle is close enough to constitute an "immediate hazard" that the operator must act as a reasonably prudent operator would in determining whether to proceed.. *See, e.g., Powell v. Keeley,* 795 F. Supp. 2d 587, 593-94 (S.D. Tex. 2011); *see also Waring v. Wommack,* 945 S.W.2d 889, 891 (Tex. App.—Austin 1997, no writ); *see also Madara v. Marshall,* 578 S.W.2d 787 (Tex. Civ. App.—Houston [1st Dist.] 1979, writ ref'd n.r.e.).

Section 543.153(b) incorporates the ordinarily prudent person standard. Therefore, negligence per se does not apply.

## CONCLUSION & PRAYER

Plaintiffs' barebones allegations of "gross negligence" are insufficient to establish either the "objective" or "subjective" elements required by "clear and convincing" evidence. Donovan London was not negligent, much less grossly negligent, with respect to this collision and First Transit has no corporate liability for any gross negligence. Additionally, London had a valid Class B CDL at the time of the incident and "[t]he possession of a valid, unrestricted driver's license is evidence of a driver's competency absent any evidence to the contrary." *Avalos,* 63 S.W.3d at 48. There is no evidence to show London was "incompetent" and based on his driving history he was not "reckless." Finally, § 545.153 incorporates the ordinarily prudent person standard and cannot serve as the basis for a claim of negligence per se.

The fact that Alfredo Robles did not have a license proves that he was an incompetent driver at the time of the incident on 3-18-2019. He turned his Mustang to the right and hit my bus on purpose with the intent to cause bodily harm.

This proves that I was not negligent as the deceived and confused First Transit attorney initially thought based upon the falsified crash report. In addition, it also serves as a confirmation to the fact that Metro Officer Patrick Bowens determined THAT *I WAS NOT NEGLIGENT* on 3-18-2019. Furthermore, his *OPINION* of my involvement as a contributing factor was nullified.

METRO OFFICER PATRICK BOWENS AND TXDOT'S JIM HOLLIS ARE NOT ABOVE THE LAW!!!!!!!!!

He violated Texas Penal Code (37.10) – *Tampering with a government document. Section (a):* {1}, {2}, and {5}; then Jim Hollis approved of it.



24

## SECTION XXIII: CODE PROOF THAT DELIBERATE INDIFFERENCE IS CONFIRMED

**as Peace Officer's Crash Report - Code Sheet**
bered Fields on the CR-3 Refer to the Numbered Lists on this Code Sheet. Each list
des the codes that may be entered on the form and the description of each code.

Page
Law Enforcement and TxDOT Use C
Form CR-3CS 1/1

### 1. Roadway System

| | |
|---|---|
| IH = Interstate | TL = Toll Road |
| US = US Highway | AL = Alternate |
| SH = State Highway | SP = Spur |
| FM = Farm to Market | CR = County Road |
| RR = Ranch Road | PR = Park Road |
| RM = Ranch to Market | PV = Private Road |
| BI = Business Interstate | RC = Recreational Road |
| BU = Business US | LR = Local Road/Street |
| BS = Business State | (Street, Road, Ave., |
| BF = Business FM | Blvd., Pl., Trl., Beach, Alley, |
| SL = State Loop | Boat Ramp, etc.) |

### 2. Roadway Part

1 = Main/Proper Lane
2 = Service/Frontage Road
3 = Entrance/On Ramp
4 = Exit/Off Ramp
5 = Connector/Flyover
98 = Other (Explain in Narrative)

### 3. Street Prefix, Direction from Int. or Ref. Marker

N = North
NE = Northeast
E = East
SE = Southeast
S = South
SW = Southwest
W = West
NW = Northwest

### 4. Street Suffix

| | |
|---|---|
| RD = Road | LOOP = Loop |
| ST = Street | EXPY = Expresse |
| DR = Drive | CT = Court |
| AVE = Avenue | CIR = Circle |
| BLVD = Boulevard | PL = Place |
| PKWY = Parkway | PARK = Park |
| LN = Lane | CV = Cove |
| FWY = Freeway | |
| HWY = Highway | |
| WAY = Way | |
| TRL = Trail | |

### 5. Unit Description

1 = Motor Vehicle
2 = Train
3 = Pedalcyclist
4 = Pedestrian
5 = Motorized Conveyance
6 = Towed/Trailer
7 = Non-Contact
98 = Other (Explain in Narrative)

### 6. Vehicle Color

| | |
|---|---|
| BGE = Beige | PNK = Pink |
| BLK = Black | PLE = Purple |
| BLU = Blue | RED = Red |
| BRZ = Bronze | SIL = Silver |
| BRO = Brown | TAN = Tan |
| CAM = Camouflage | TEA = Teal (green) |
| CPR = Copper | TRQ = Turquoise |
| GLD = Gold | (blue) |
| GRY = Gray | WHI = White |
| GRN = Green | YEL = Yellow |
| MAR = Maroon | 98 = Other |
| MUL = Multicolored | (Explain in |
| ONG = Orange | Narrative) |
| | 99 = Unknown |

### 7. Body Style

| | |
|---|---|
| P2 = Passenger Car, 2-Door | PC = Police Car/ Truck |
| P4 = Passenger Car, 4-Door | PM = Police Motorcycle |
| PK = Pickup | TL = Trailer, Semi-Trailer, or Pole Trailer |
| AM = Ambulance | TR = Truck |
| BU = Bus | |
| SB = Yellow School Bus | TT = Truck Tractor |
| FE = Farm Equipment | VN = Van |
| FT = Fire Truck | EV=Neighborhood Vehicle |
| MC = Motorcycle | |
| SV = Sport Utility Vehicle | 98 = Other (Explain in Narrative) |
| | 99 = Unknown |

### 8. Driver License/ID Type

1 = Driver License
2 = Commercial Driver Lic.
3 = Occupational
4 = ID Card
5 = Unlicensed
98 = Other
99 = Unknown

### 9. Driver License Class

A = Class A
AM = Class A and M
B = Class B
BM = Class B and M
C = Class C
CM = Class C and M
M = Class M
S = Unlicensed
98 = Other/Out of State
99 = Unknown

### 10. Commercial Dri License Endorseme

H = Hazardous Materia
N = Tank Vehicle
P = Passenger
S = School Bus
T = Double/Triple Traile
X = Tank Vehicle with Hazardous Materials
S = Unlicensed
96 = None
98 = Other/Out of State

### 11. Driver License Restrictions

A = With corrective lenses
B = LOFS 21 or over
C = Daytime driving only
D = Speed not to exceed 45 mph
E = No manual transmission equipped CMV
F = Must hold valid learner lic. to MM/DD/YY
G = TRC 545.424 applies until MM/DD/YY
H = Vehicle not to exceed 26,000 lbs GVWR
I = MC not to exceed 250cc
J = Licensed MC operator 21 or over in sight
K = Intrastate only
L = No air brake equipped CMV
M = No Class A passenger vehicle
N = No Class A and B passenger vehicle
O = No tractor-trailer CMV
Q = LOFS 21 or over vehicle above Class B
R = LOFS 21 or over vehicle above Class C
S = Outside rearview mirror or hearing aid
T = Automatic transmission

U = Applicable prosthetic devices
V = Medical Variance
W = Power steering
X = No cargo in CMV tank vehicle
Y = Valid TX vision or limb waiver required
Z = No full air brake equipped CMV
P1 = For Class M TRC 545.424 until MM/DD/YY
P2 = To/from work/school
P3 = To/from school
P4 = To/from school
P5 = To/from work/school or LOFS 21 or over
P6 = To/from work or LOFS 21 or over
P7 = To/from school or LOFS 21 or over
P8 = With telescopic lens
P9 = LOFS 21 or over bus only
P10 = LOFS 21 or over school bus only
P11 = Bus not to exceed 26,000 lbs GVWR
P12 = Passenger CMVs restrict to Class C only
P13 = LOFS 21 or over in veh equip w/airbrake
P14 = Operation Class B exempt veh authorized

P15 = Operation Class A exempt veh authorized
P16 = If CMV, school buses interstate
P17 = If CMV, government vehicles interstate
P18 = If CMV, only trans personal prop interstate
P19 = If CMV, trans corpse/sick/injured interstate
P20 = If CMV, privately trans passengers interstate
P21 = If CMV, fire/rescue interstate
P22 = If CMV, intra-city zone drivers interstate
P23 = If CMV, custom-harvesting interstate
P24 = If CMV, transporting bees/hives interstate
P25 = If CMV, use in oil/water well service/drill
P26 = If CMV, for operation of mobile crane
P27 = HME Expiration Date MM/DD/YY
P28 = FRSI CDL valid MM/DD/YY to MM/DD/YY
P29 = FRSI CDL MM/DD/YY - MM/DD/YY or exempt B veh
P30 = FRSI CDL MM/DD/YY - MM/DD/YY or exempt A veh
P31 = Class C only - no taxi/bus/emergency veh
P32 = Other
P33 = No passengers in CMV bus
P34 = No express or highway driving
P35 = Restricted to operation of three-wheeled MC
P36 = Moped
P37 = Occ/Essent need DL-no CMV-see court ordr
P38 = Applicable vehicle devices
P39 = Ignition Interlock required
P40 = Vehicle not to exceed Class C
5 = Unlicensed
96 = None
98 = Other/Out of State
99 = Unknown

### 12. Person Type

1 = Driver
2 = Passenger/Occupant
3 = Pedalcyclist
4 = Pedestrian
5 = Driver of Motorcycle Type Vehicle
6 = Passenger/Occupant on Motorcycle Type Vehicle
98 = Other (Explain in Narrative)
99 = Unknown

### 13. Seat Position

1 = Front Left
2 = Front Center
3 = Front Right
4 = Second Seat Left
5 = Second Seat Center
6 = Second Seat Right
7 = Third Seat Left
8 = Third Seat Center
9 = Third Seat Right

10 = Cargo Area
11 = Outside Vehicle
13 = Other in Vehicle
14 = Passenger in Bus
15 = Pedestrian, Pedalcyclist, or Motorized Conveyance
98 = Other (Explain in Narrative)
99 = Unknown

### 14. Injury Severity

A = Incapacitating Injury
B = Non-Incapacitating Injury
C = Possible Injury
K = Killed
N = Not Injured
99 = Unknown

### 15. Ethnicity

W = White
B = Black
H = Hispanic
A = Asian
I = Amer. Indian/Alaskan Native
98 = Other
99 = Unknown

### 16. Sex

1 = Male
2 = Female
99 = Unknown

### 17. Ejected

1 = No
2 = Yes
3 = Yes, Partial
97 = Not Applicable
99 = Unknown

### 18. Restraint Used

1 = Shoulder and Lap Belt
2 = Shoulder Belt Only
3 = Lap Belt Only
4 = Child Seat, Facing Forward
5 = Child Seat, Facing Rear
6 = Child Seat, Unknown

7 = Child Booster Seat
96 = None
97 = Not Applicable
98 = Other (Explain in Narrative)
99 = Unknown

### 19. Airbag

1 = Not Deployed
2 = Deployed, Fro
3 = Deployed, Sid
4 = Deployed, Rea
5 = Deployed, Mul
97 = Not Applicabl
99 = Unknown

### 20. Helmet Use

1 = Not Worn
2 = Worn, Damaged

### 21. Solicitation

Y = Solicit
N = No Solicit

### 22. Alcohol Specimen Type

1 = Breath
2 = Blood

### 27. Vehicle Damage Rating

In most cases, enter in the format
YY ABC Y whore

Metro Officer Patrick Bowens entered codes # (N-Not Injured) and (1- Airbag(s) not deployed) on crash report# **16959204**. See pages (9, 17, and 18). This proves that an injury claim should not have been filed. It also proves that the un-deployed airbags could have been listed as contributing factors under vehicle defects for the Mustang. The airbags could have made the passengers safer if the recalls were complete. How can any **driver restrictions** be reviewed as contributing factors without a **(DRIVER LICENSE)?????** See page {4} above.

## SECTION XXIV: PEACE OFFICER CRASH REPORT CODES ARE TRAFFIC VIOLATIONS



**36. Factors and Conditions**

| | | |
|---|---|---|
| 1 = Animal on Road - Domestic | 33 = Failed to Yield ROW – Open Intersection | 56 = Parked without Lights |
| 2 = Animal on Road - Wild | 34 = Failed to Yield ROW – Private Drive | 57 = Passed in No Passing Lane |
| 3 = Backed without Safety | 35 = Failed to Yield ROW – Stop Sign | 58 = Passed on Right Shoulder |
| 4 = Changed Lane when Unsafe | 36 = Failed to Yield ROW – To Pedestrian | 59 = Pedestrian FTYROW to Vehicle |
| 14 = Disabled in Traffic Lane | 37 = Failed to Yield ROW – Turning Left | 60 = Unsafe Speed |
| 15 = Disregard Stop and Go Signal | 38 = Failed to Yield ROW – Turn on Red | 61 = Speeding – (Over Limit) |
| 16 = Disregard Stop Sign or Light | 39 = Failed to Yield ROW – Yield Sign | 62 = Taking Medication (Explain in Narrative) |
| 17 = Disregard Turn Marks at Intersection | 40 = Fatigued or Asleep | 63 = Turned Improperly – Cut Corner on Left |
| 18 = Disregard Warning Sign at Construction | 41 = Faulty Evasive Action | 64 = Turned Improperly – Wide Right |
| 19 = Distraction in Vehicle | 42 = Fire in Vehicle | 65 = Turned Improperly – Wrong Lane |
| 20 = Driver Inattention | 43 = Fleeing or Evading Police | 66 = Turned when Unsafe |
| 21 = Drove Without Headlights | 44 = Followed Too Closely | 67 = Under Influence – Alcohol |
| 22 = Failed to Control Speed | 45 = Had Been Drinking | 68 = Under Influence – Drug |
| 23 = Failed to Drive in Single Lane | 46 = Handicapped Driver (Explain in Narrative) | 69 = Wrong Side – Approach or Intersection |
| 24 = Failed to Give Half of Roadway | 47 = Ill (Explain in Narrative) | 70 = Wrong Side - Not Passing |
| 25 = Failed to Heed Warning Sign | 48 = Impaired Visibility (Explain in Narrative) | 71 = Wrong Way – One Way Road |
| 26 = Failed to Pass to Left Safely | 49 = Improper Start from Parked Position | 73 = Road Rage |
| 27 = Failed to Pass to Right Safely | 50 = Load Not Secured | 74 = Cell/Mobile Device Use - Talking |
| 28 = Failed to Signal or Gave Wrong Signal | 51 = Opened Door Into Traffic Lane | 75 = Cell/Mobile Device Use - Texting |
| 29 = Failed to Stop at Proper Place | 52 = Oversized Vehicle or Load | 76 = Cell/Mobile Device Use - Other |
| 30 = Failed to Stop for School Bus | 53 = Overtake and Pass Insufficient Clearance | 77 = Cell/Mobile Device Use - Unknown |
| 31 = Failed to Stop for Train | 54 = Parked and Failed to Set Brakes | 98 = Other (Explain in Narrative) |
| 32 = Failed to Yield ROW – Emergency Vehicle | 55 = Parked in Traffic Lane | |



Metro Officer Patrick Bowens entered code# (22) -Failed to Control Speed on crash report# **16959204.** This violation should have resulted in a ticket for the Mustang's driver to be contested in traffic court. See page #4 and 10 of this petition.





Metro Officer Patrick Bowens entered code# (37) -Failed to Yield the Right of Way on crash report# **16959204.** This violation should have resulted in a ticket for me to contest in traffic court. See page #5, 6 and 10 of this petition. Therefore, "Abuse of Discretion" is confirmed

## SECTION XXV: CORROBORATING DOCUMENTS FOR NEGLIGENT SUPERVISION AND DELIBERATE INDIFFERENCE

### Deliberate Indifference Defined

The Justices articulated the fact that deliberate indifference would be used when judging department liability in regard to the failure-to-train officers. Three areas of deliberate indifference have since been defined:[5]

### 1. Moral Certainty Standard Violation

If the subject area was one of the clearly established laws, of which a reasonable policy-maker knew or should have known that constitutional violations would occur if employees were not trained, liability could arise.

### 2. Custom, pattern or practice.

If a custom, pattern or practice demonstrates such an obvious need for more or different training that policy makers could reasonably be said to have been deliberately indifferent to the need (under the concept of knew or should have known), liability could arise. For example, a series of suicides within a jail.

### 3. An official policy.

If policy-makers adopt an official policy which violates clearly established law of which a reasonable person knew or should have known, liability could arise. For example, a jail policy allowing cross-gender strip searches.

This deliberate choice can be shown where the need for more or different training is so obvious and is so likely to result in the violation of constitutional rights that policy-makers were deliberately indifferent to the need.[6] The Supreme Court explained that inadequate training meets the deliberate indifference standard only when the need for more or different training is obvious and the failure to implement such training is likely to result in constitutional violations.[4]

The Court also offered two examples of what would constitute deliberate indifference when judging a department's liability in the scope of failure-to-train: First, when city policy-makers know that officers are required to arrest fleeing felons and are armed to accomplish that goal, the need to train officers in the constitutional limitations regarding the use of deadly force to apprehend fleeing felons is obvious; failure to do so amounts to deliberate indifference. Second, deliberate indifference could be based on a pattern of officer misconduct, which should have been obvious to police officials who fail to provide the necessary remedial training.[4] In general, it has to be demonstrated that training does not currently meet acceptable standards within the law enforcement training community—it omits important aspects, is not satisfactorily documented, is not properly taught or contains inadequate standards.[7] In an effort to avert second-guessing of municipal training programs, the Court took a position that training be afforded to officers in order to "respond to usual and recurring situations with which they must deal."[8]

***NEGLIGENT SUPERVISION and DELIBERATE INDIFFERENCE*** are established and confirmed. ***See page #7 of this petition.***



## SECTION XXVI: CORROBORATING DEFINITIONS



11:55 📶 LTE 📶

- **Damages** – Places a monetary value on the harm done, following the principle of *restitutio in integrum*, "restoration to the original condition".

- **Negligent Infliction of Emotional Distress** - The idea that one has a legal duty to use reasonable care to avoid causing emotional distress to another individual.

**Duty to visitors** ✏️

- **Attractive nuisance** – A landowner may be liable for injuries to children trespassing on the land if the injury is caused by a hazardous object or condition on the land is likely to attract children.

The duty to visitors in tort law is dependent on how the party involved not owning the land has entered the land.

- **Trespasser** – A person who is

This definition supports the nature and premise of my claim. *See all pages within this petition.*



11:48 📶 LTE 📶

- **Fraud** – Making of a false representation by one party with an intention to induce another party into an act of commission or omission owing to which the later party suffers a damage. The first Party may or may not be the benefited by the damage caused to second party. Also, the first party need not be in collusion with someone who actually benefited.

- **Tortious interference** – One person intentionally damages the plaintiff's contractual or other business relationships.

- **Conspiracy (civil)** – An agreement between two or more parties to deprive a third party of legal rights or deceive a third party to obtain an illegal objective.

- **Restraint of trade** – Contractual obligations not to trade are illegal

This definition supports the nature and premise of my claim. *See all pages within this petition.*

11:45 📶 LTE 📶

- **Defamation** – The communication of a statement that makes a false claim, expressively stated or implied to be factual, that may harm the reputation of an entity.

- **Invasion of privacy** – The unlawful intrusion into the personal life of another person without just cause.

- **Breach of confidence** – Protects private information conveyed in confidence; typically requires that the information be of a confidential nature, communicated in confidence, and was disclosed to the detriment of the claimant.

- **Abuse of process** – A malicious and deliberate misuse or perversion of regularly issued court process not justified by the underlying legal action.

- **Malicious prosecution** – Similar to abuse of process, but includes intent,

This definition supports the nature and premise of my claim. *See all pages within this petition.*



11:41 📶 LTE 📶

See also: Index of tort articles

The following outline is provided as an overview and introduction to tort law:

**Tort law** – defines what a legal injury is and, therefore, whether a person may be held liable for an injury they have caused. Legal injuries are not limited to physical injuries. They may also include emotional, economic, or reputational injuries as well as violations of privacy, property, or constitutional rights.

∨ **Types of torts**

∨ **Liability, defenses, remedies**

This definition supports the nature and premise of my claim. *See all pages within this petition.*

11:38 📶 LTE 📶

☆ 🔒 en.m.wikipedia.org ↻

Negligent supervision is closely related, as it occurs where a party fails to reasonably monitor or control the actions of an employee. A variation of negligent training or supervision is negligent training, which arises where the employer's training of the employee fails to prevent the employee from engaging in the acts that injure the claimant, or fails to remediate a pattern of behaviour which leads to an injury. Suits for negligent retention often plead negligent supervision or training as an alternate theory, as the employer who knows of an employee's improper conduct should either terminate that employee, or take steps to penalise that conduct and/or train the employee not to engage in that conduct.

‹  ›  ⌂  ☆  📖  N

This definition supports the nature and premise of my claim. *See all pages within this petition.*



11:36 📶 LTE 📶

**Negligence in employment** encompasses several causes of action in tort law that arise where an employer is held liable for the tortious acts of an employee because that employer was negligent in providing the employee with the ability to engage in a particular act. Four basic causes of action may arise from such a scenario: **negligent hiring**, **negligent retention**, **negligent supervision** and **negligent training**.[1][2] While negligence in employment may overlap with negligent entrustment and vicarious liability, the concepts are distinct grounds of liability.

∨ **Negligence**

❌

⚠️ **Please, don't ignore this message: Wikipedia still needs your $2.75 to keep thriving.**

[ Donate now ]

This definition supports the nature and premise of my claim. *See all pages within this petition.*

## SECTION XXVII: CORROBORATING DEFINITIONS CONT'D



This definition supports the nature and premise of my claim. *See all pages within this petition.*



This definition supports the nature and premise of my claim. *See all pages within this petition.*



This definition supports the nature and premise of my claim. *See all pages within this petition.*



This definition supports the nature and premise of my claim. *See all pages within this petition.*



This definition supports the nature and premise of my claim. *See all pages within this petition.*



This confirms that Metro's legal department was notified about my request for a letter to clear my name before I considered filling this petition. *See Jacqueline Hojem's email response on page #7 of this petition.*

## SECTION XXVIII: CORROBORATING DOCUMENTS CONT'D



**Google**

houston metro bus accident

ALL    NEWS    IMAGES    VIDEOS    MAPS

**Bus Accident Statistics**

The Greater **Houston metro** area is home to dozens of **bus** routes, all managed by the Metropolitan **Transit** Authority of Harris County (**METRO**). ... In 2016, throughout the state of Texas, there were almost 3000 **bus** crashes, 18 of which were fatal for at least one passenger. Jun 6, 2018

longoriallaw.com › houston-bus-acci...
**Houston Bus Accident Guide | Texas Personal Injury Attorney**

About Featured Snippets    Feedback

Discover    Snapshot    Search    Collections    More

---

maintenance for TxDOT's system and capital assets to protect our investments.

- Maintain and preserve system infrastructure to achieve a state of good repair and avoid asset deterioration.
- Procure, secure, and maintain equipment, technology, and buildings to achieve a state of good repair and prolong life cycle and utilization.

**Promote Safety** - Champion a culture of safety.

- Reduce crashes and fatalities by continuously improving guidelines and innovations along with increased targeted awareness and education.
- Reduce employee incidents.

**Value our Employees** – Respect and care for the well-being and development of our employees.

- Emphasize internal communications.
- Support and facilitate the development of a successful and skilled workforce through recruitment, training and

---

This confirms Jim Hollis' prior knowledge of what his duty is as a Crash Data Analyst. He failed to perform this phase of his duty *"under the scope of his employment"* when he approved the 3-18-2019 crash report without cross referencing *the photo evidence* with Metro Officer Patrick Bowens' falsified illustration on crash report# **16959204.**   All 3000 of the Metro bus crash reports are questionable due to the falsified illustration on crash report# **16959204.** .
*See page #12 of this petition.*

---

These 3000 accidents need to be investigated by the FBI and confirms Metro Officer Patrick Bowens' prior knowledge of what his duty is as an accident investigator. He could have used any one of these crash reports as reference if *ACCURATE* to ensure he was entering data accurately. He failed to perform that duty when he decided not to verify the 3-18-2019 accident photo evidence before he falsified his illustration on crash report# **16959204.**   *See page #7 of this petition.*

---

**falsify documents case texas**

What is falsification of records?

**Falsifying documents** is a type of white-collar crime that involves changing or modifying a document for the purpose of deceiving someone. Intentional **falsification of records** includes making a false statement in any **record** that is kept. Aug 3, 2018

www.arensteinlaw.com › 2018/08
**Is falsifying a record a white-collar crime? | Arenstein & Gallagher**

More results

What is an example of falsification?

How is falsification committed?

Discover    Snapshot    Search    Collections    More

---

Get a *FREE* Case Review.
Video Consultation Available

Email Us    Call or Text
713-874-91

subsequent lawsuit.

As part of a police officer's investigation into a car accident, he or she may issue one or more traffic citations.

A traffic citation is a notice issued by a law enforcement officer that accuses a driver of violating a traffic law such as exceeding the speed limit or making an unlawful turn. It may indicate that a penalty such as a fine or deduction of points has been or will be assessed against the driver.

---

To prove gross negligence, "a plaintiff must demonstrate, by clear and convincing evidence that: (1) when viewed objectively from the defendant's standpoint at the time of the event, the act or omission involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others, and (2) the defendant had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of others."  *U-Haul Int'l, Inc. v. Waldrip*, 380 S.W.3d 118, 137 (Tex. 2012).

---

This proves the negligence of Metro Officer Patrick Bowens who knowingly and willingly avoided his traffic law duty of writing me a citation with the intent to falsify crash report# **16959204.** He violated my constitutional right to "Due Process of Law", and my constitutional right to contest the "Failure to yield the right of way" citation. *See page #7 of this petition.*

---

## SECTION XXIX: CORROBORATING DOCUMENTS



These corroborating documents confirm my claim of *NEGLIGENT SUPERVISION* and *NEGLIGENT* TRAINING because I contacted METRO's top brass about a letter to clear my name before filing a lawsuit crossed my mind. If METRO had any of the adjacent procedures in place, they did not administer it in this matter. *See page #7 of this petition.*

**7:53**

In event of a lawsuit, the specialist works closely with defense counsel. He recovers pertinent training records of officers who are sued, and copies applicable lesson plans used by pre-service and in-service instructors. He can identify actions taken — or not taken — by officers and evaluate whether they conformed to the agency's rules, practices, national standards/guidelines, and training.

If a plaintiff challenges the adequacy of training or procedures, the CLS assists defense counsel in identifying one or more outside experts to defend the department's training and regulations.

After a lawsuit ends, the litigation specialist interviews defense counsel and sends a summary of the proceedings to the agency chief, the training director, and the commander of the unit that drafts policy and procedure directives. In this summary, it's important that the CLS

**7:53**

After a lawsuit ends, the litigation specialist interviews defense counsel and sends a summary of the proceedings to the agency chief, the training director, and the commander of the unit that drafts policy and procedure directives. In this summary, it's important that the CLS document what the agency did right as well as what might have been done wrong.

The agency, of course, needs to promptly modify any inadequacies identified. Otherwise, future plaintiffs may be able to charge that management was on notice but was "deliberately indifferent" to problems, thereby increasing its legal vulnerability. (Some administrators believe that such changes, especially if made during litigation, may be used against them by opposing counsel. But in truth, corrective action taken after an incident is not admissible into evidence.)

**8:27**

staff attorneys often lack the time to oversee such corrective action, and the billing clock stops for outside counsel once a case is concluded.

Even within major city or county police agencies that have an established legal research unit in place, shortcomings often exist. Management may designate one or more officers to liaison among defendants, defense counsel, internal affairs, training, and the chief's office. But often these officers are not properly trained in how to coordinate the myriad of tasks involved — and the outcome of litigation is jeopardized.

**Key Players, Proactively and Reactively**
An in-house litigation specialist who is properly trained and certified can bring multiple strengths to bear in volatile circumstances that could easily turn disastrous if mismanaged.

Based upon the negligent and unconstitutional acts of Officer Bowens and the direct and corroborating evidence in this petition, it is obvious that we do not have these types of polices or procedures in place.

I agree with you. However, we did not train Officer Bowens to break the law or violate the constitution to do his job *"under the scope of his employment."*

**8:27** www.police1.com

Typically, civil summonses are simply sent to the government entity's attorney, who often directs an assistant or an outside law firm to respond to the litigation. The targeted agency and other defendants may not be much involved as the case progresses, absent specific inquiries and requests from defense counsel.

If the defense's legal team loses or settles a case, there rarely is any remedial action, such as disciplinary sanctions against an errant officer, correction of an agency's policies or procedures, or revision of a deficient training curriculum. Government staff attorneys often lack the time to oversee such corrective action, and the billing clock stops for outside counsel once a case is concluded.

**8:27** www.police1.com

**Typical Defense Shortcomings**
The International Association of Chiefs of Police has warned that litigation can be "extremely expensive and harmful to the reputation" of agencies and their employees. It has noted that LEOs and their agencies "have a duty to remain current" on legal matters, recommending that "any pertinent new information should be disseminated throughout the ranks so that all officers are operating with current knowledge." A well-informed agency, the IACP has stressed, "is less likely to take actions that may end up the subject of litigation."

Yet many law enforcement entities still lack a strategy for minimizing the risk of future lawsuits or for efficiently managing current claims.

Metro Police Chief, Vera Bumpers

Metro General Council/Exec. Director Cyndonii Fairfax

*COLLUSION/CONSPIRACY, NEGLIGENT TRAINING, NEGLIGENT SUPERVISION, AND DELIBERATE INDIFFERENCE* are established and confirmed. *See page #26 of this petition.* These are not actual quotes of Vera Bumpers or Cyndonii Fairfax. However, their version of the truth should not be that different after they review this petition in real time.

## SECTION XXX: CORROBORATING DEFINITIONS CONT'D

**Duty:**

A duty is simply a legal obligation. In order to be sued for Negligence, the Defendant must owed a duty to the Plaintiff.

**Breach:**

A breach is a violation of a law or duty. The Defendant must breach his duty in order to be liable for negligence.

**Cause:**

The breach of duty must have caused harm to the Plaintiff.

**Harm:**

The Plaintiff must suffer harm in order to sue for negligence. If he suffers no harm, he cannot sue.

**DUTY:** Metro Officer Patrick Bowens owed me his duty to perform a professional and accurate accident investigation. However, he falsified his "point of impact illustration" on **crash report# 16959204**. Then he entered the code for "non-deployment of airbags", but he failed to record it as a vehicle defect under contributing factors. *See pages #9 and 10 of this petition.*

**BREACH:** Metro Officer Patrick Bowens breached his duty by violating my constitutional right to contest his "failure to yield the right of way" citation in court. He did not issue me a ticket on purpose to prevent me from going to court. In addition, he violated Texas Penal Code (37.10) –*Tampering with a government document-Section (a):* {1}, {2}, and {5}. He also violated and 25 CFR (11.440- *Tampering with or fabricating physical evidence*: {b} ). *See pages #9 and 10 of this petition.*

**CAUSE:** Metro Officer Patrick Bowens' breach of duty caused me to get suspended for one week. In addition, "my right to work" and "my right to life" were violated. My driver record has a falsified crash report. *See pages #9 and 10 of this petition.*

**HARM:** Metro Officer Patrick Bowens and TXDOT's Jim Hollis collaborated, conspired, and colluded to create falsified **crash report# 16959204**. The illegal act implemented me as negligent contributor in a 3-19-2019 accident that led to civil claim# 2019-47796. The thought of being framed for an accident with falsified documents caused my suspension, violation of constitutional rights and civil liberties, extreme emotional stress, defamation and grave mental anguish. *See pages #9, 10, and 12 of this petition.*



He should have spoken to you if he was not sure about violating the bus driver's constitutional rights and civil liberties. In order to resolve this matter and prevent our officers from performing these types of acts in the future, a change is needed to our training process.

Metro Police Chief, Vera Bumpers



I agree with you again. We can start by having our officers take their own accident scene photos and attach it to the crash report. This will ensure that their photo evidence will be consistent with their crash report illustration. Furthermore, it will also serve as a point of reference for TXDOT to verify the report before they approve it. In addition, we need to verify all crash reports to ensure no constitutional rights and civil liberties are violated or laws are broken before those reports are forwarded to TXDOT for approval.

Metro General Council/Exec. Director Cyndonii Fairfax

## SECTION XXXI: CORROBORATING DEFINITIONS CONT'D



**Duty:**

A duty is simply a legal obligation. In order to be sued for Negligence, the Defendant must be owed a duty to the Plaintiff.

**Breach:**

A breach is a violation of a law or duty. The Defendant must breach his duty in order to be liable for negligence.

**Cause:**

The breach of duty must have caused harm to the Plaintiff.

**Harm:**

The Plaintiff must suffer harm in order to sue for negligence. If he suffers no harm, he cannot sue.

**DUTY:** TXDOT's Jim Hollis owed me his duty to approve an accurate **crash report# 16959204**. He did not advise Metro Officer Patrick Bowens about recording the "non-deployment of airbags" as a vehicle defect under contributing factors. *See pages #9 and 10 of this petition.*

**BREACH:** TXDOT's Jim Hollis breached his duty by violating my constitutional right to contest his "failure to yield the right of way" citation in court. He did not issue me a ticket on purpose to prevent me from going to court. In addition, he violated Texas Penal Code (37.10) – *Tampering with a government document-Section (a):* {1}, {2}, and {5}. He also violated and 25 CFR (11.440- *Tampering with or fabricating physical evidence*: {b} ). *See pages #9 and 10 of this petition.*

**CAUSE:** TXDOT's Jim Hollis' breach of duty caused me to get suspended for one week. In addition, "my right to work" and "my right to life" were violated. My driver record has a falsified crash report. This act can prevent me from obtaining a higher paying position or job. *See pages #9 and 10 of this petition.*

**HARM:** TXDOT's Jim Hollis collaborated, conspired, and colluded with Metro Officer Patrick Bowens to create falsified *crash report# 16959204.* The illegal act implemented me as negligent in a 3-19-2019 accident that led to civil claim# 2019-47796. The thought of being framed for an accident with falsified documents caused extreme emotional stress, defamation and grave mental anguish. *See pages #9, 10, and 12 of this petition.*

He could have told Officer Bowens to amend his report or called their General Counsel.

He approved of the falsified crash report because that is his duty under *Subchapter (D): Written Accident Report. Section 550- 0601 and Section 550-063 – Report on Appropriate Form*. We are liable for negligence because the report is fabricated. Therefore, the report is invalid and *"he breached his duty"* under the scope of his employment. See pages# {9-11}, {12-18}, and {22}.

Jeff Graham is TXDOT's General Counsel and Division Director. This is not an actual statement from Jeff Graham. It is a fact-based theory supported by the direct and corroborating evidence.

SUBCHAPTER D. WRITTEN ACCIDENT REPORT

Sec. 550.0601. DEFINITION. In this subchapter, 'department' means the Texas Department of Transportation.

Added by Acts 2007, 80th Leg., R.S., Ch. 1407 (S.B. 766), Sec. 2, eff. September 1, 2007.

Sec. 550.063. REPORT ON APPROPRIATE FORM. The form of all written accident reports must be approved by the department and the Department of Public Safety. A person who is required to file a written accident report shall report on the appropriate form and shall disclose all information required by the form unless the information is not available.

## SECTION XXXII: CORROBORATING FAX CONT'D



TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/04/2020 02:44
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : U63274E23128268

DATE,TIME             08/04  02:38
FAX NO./NAME          15124654129
DURATION              00:05:31
PAGE(S)               13
RESULT                OK
MODE                  STANDARD
```

Attention: Whitney Brewster
Fax: (512) 465-4129

TOTAL PAGES: (11) - with the cover sheet and laws

## FAX COVER SHEET

### "I AM A BLACK CDL BUS DRIVER AND MY LIFE, MY CIVIL RIGHTS AND MY CAREER MATTER"

### "I demand the truth."

If looking for the truth is like searching for "a needle in a haystack," then the "LAW" is the "MAGNET" that can find the truth. The needle is symbolic of the truth and the haystack is the lies, fabricated evidence, and tampering with government documents. Do you get it? If you do not, you are a fraud and it is time to forfeit your State Bar License. – Donavan A. London

DATE: 7-25-2020 (Saturday)
TIME: 9:55 AM

Subject:      False DMV Crash Reports

FROM:         Donavan A. London
              1333 Gears Road, #1816
              Houston, Texas 77067
              london8432@yahoo.com (Please contact me this way)

Mayor Sylvester Turner
City of Houston
901 Bagby
Houston, Texas 77002
Phone: (713) 837-0311
(Please call Whitney Brewster,
Thomas C. Lambert,
Cyndoncil V. Fairfax, Eric Dreiband, and Vera Bumpers)
Greg Abbott
Office of the Governor
State Insurance Building
1100 San Jacinto
Austin, Texas 78701
Phone: (512) 463-2000
(Please call Whitney Brewster,

After additional research and the TXDOT approval letter from First Transit lawyer, I realized that TXDOT's Jim Hollis and Metro Officer Patrick Bowens colluded/conspired to falsify the crash report not the DMV.

## SECTION XXXIII: CORROBORATING FAX CONT'D

### AFFIDAVIT
### TO REMOVE FALSE
### "FAILURE TO YIELD A RIGHT OF WAY"
### TRAFFIC VIOLATION

This is a written Affidavit to demand the removal of a false and fraud *"Failure to yield a right of way"* traffic violation from two different accidents. I say that it is false and fraud because I never received a ticket for the violation on any of the accident reports you have in your system. In addition, I got a **"VOIDED"** ticket from a METRO OFFICER to help me remember what it looked like. Then I went to Traffic Court located at 1400 Lubbock, Houston, Texas 77002. I recalled that a METRO OFFICER gave me a ticket for *"Failure as a person using public transportation to possess paid public transportation use fare evidence."* I know I had funds on my Q-Card so I went to 1900 MAIN (The Metro Main Building) to get a copy of the report that proves I had funds on my card. When I showed my Q-Card and the report, the $75 ticket was dismissed. I knew the ticket was under my ID#27614861 and that is why I wanted a printout to see if it still under my name to prove that I have a right to contest a METRO issued traffic ticket. If the *"Failure to yield the right of way"* traffic violations were issued as METRO OFFICER tickets, I would have the right to dispute each ticket in TRAFFIC COURT. There is no law or legal reason for the violations to be on a DMV accident report without being contested in Traffic Court. Someone abused their power, authority to create false, and fraud METRO REPORTS and DMV REPORTS. Their system/database LOGIN INFORMATION can track down the person who entered the false METRO report and the person who entered the false DMV REPORTS.

I am demanding a letter from the DMV's Executive Director, Whitney Brewster that clearly states the DMV REPORTS contain a false "Failure to yield the right of way" violation because the driver of the bus, Donavan A. London did not get a METRO OFFICER issued traffic ticket for the violation for either accident. If he would have been issued a ticket for the violations, he had a right to contest the tickets in traffic court and judge's ruling would have determined if the violation should be incorporated in the METRO and DMV reports respectively.

I am in "DIRE NEED" of these documents to clear my name in a CIVIL MATTER and have my DMV record cleared of each false/fraud violation. Please expedite the creation and the delivery of these documents so there will not any negative points on my CDL license.

Donavan A. London
**Printed Name**

**Signature**

2-22-2020
**Date**

*[signature]* Sheena C. Moore
**NOTARY PUBLIC HARRIS COUNTY**

**SURSCRIBED AND SWORN** to before me on

this _____ day _____ 2020

*[notary stamp: SHEENA MOORE, Notary Public, State of Texas, Comm. Expires 06-14-2024, Notary ID 129021824]*

AFFIDAVIT TO REMOVE FALSE "FAILURE TO YIELD"                    Page 1

> After additional research and the TXDOT approval letter from First Transit lawyer, I realized that TXDOT's Jim Hollis and Metro Officer Patrick Bowens colluded/conspired to falsify the crash report not the DMV.

# SECTION XXXIV: CORROBORATING FAX CONT'D



Texas Department of Motor Vehicles
4000 Jackson Avenue
Austin, Texas 78731
Phone: (512) 465-3000
Fax: (512) 465-4129
(Please call Thomas C. Lambert,
Cyndonii V. Fairfax and Vera Bumpers)

Eric S. Dreibrand
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, N.W.
Office of the Assistant Attorney General, Main
Washington, D.C. 20530
Phone: (202) 514-3847
(Please call Governor Greg Abbott, Whitney Brewster, Sylvester Turner, Thomas C. Lambert, Cyndonii V. Fairfax, and Vera Bumpers)

Attn: Jacqueline Hojem- Please forward copies to:
Thomas C. Lambert (Metro CEO)
Vera Bumpers (Metro Police Chief)
Cyndonii V. Fairfax (Exec. VP & General Counsel)
Houston Metro
1900 Main
Houston, Texas 77002
Phone: (713) 635-4000
Fax: (713) 739-4699
(Please call Whitney Brewster)

TO:

The people on this page
cannot LIE about me
contacting them to clear my
name before I considered
filing a lawsuit.

## SECTION XXXV: CONCLUSION

I was betrayed. It is extremely stressful and disheartening to be lied on by my contract employer *(**Metro via First Transit**)*.  I also feel a depressing level of fear because this matter has created an hazardous and unsafe work environment. I say this because the bus is my office and my bus routes on the streets of Houston is that work environment. This can happen to other drivers or me routinely if nothing is done to prevent it. I would be a damn fool to let them trash my *civil liberties and my constitutional rights.*  If the humans involved with this case truly had my best interest at heart, they would have allowed the ***"Due Process of Law"*** in the court system to decide if I was guilty or innocent of ***"Failure to Yield the Right of Way."*** This litigation matter could have been avoided because I reached out to the top brass of METRO, the Mayor, the DMV, TXDOT, and other government entities prior to creating and filing this petition.  I requested a letter of exoneration and the removal of the falsified ***CRASH REPORT# 16959204*** from my driving record, but they did not comply or agree to my request. Instead, I was given the run-around when METRO's Jacqueline Hojem knowingly and willingly told me by email to get the exoneration letter from the prosecuting jurisdiction. She, Metro Officer Patrick Bowens, and METRO's top brass knew I never went to court for "Failure to Yield the Right of Way."

TXDOT's Jim Hollis knowingly and willingly approved and confirmed with the false and fabricated information within *CRASH REPORT# 16959204* under the scope of his employment. The copy of his letter on page# 13 of this petition corroborates this statement. The preponderance of evidence weigh *100%* in my favor and my original petition is extremely comprehensible, accurate, and free of any doubt. Furthermore, the elements and facts in this original petition are true to the best of my applied knowledge. Therefore, I, the Plaintiff, Donavan A. London has proved beyond all reasonable doubt that my claim of "***PREMEDITATED COLLUSION***" and in pursuant of ***DELIBERATE INDIFFERENCE*** under 42 U.S.C. Code -1983 be granted with extreme prejudice.

## SECTION XXXVI: CONCLUSION CONT'D

The Defendants/Tortfeasors/ Conspirators are in government positions that require CERTIFIED

TRAINING to obtain the knowledge to perform their duties under the scope of their employment.

Therefore, Metro Officer Patrick Bowens and TXDOT's Jim Hollis knew the illustration incorporated in

CRASH REPORT# 16959204 was not the same as the direct evidence in the form of the accident scene

photo taken on 3-18-2019. He used his accident investigation skills to alter his illustration under the

scope of his employment with the intent to deceive, confuse, convince, and persuade others into

believing that I was negligent for the accident that occurred on 3-18-2019. He knowingly and willingly

violated ***Texas Penal Code (37.10) –Tampering With A Government Document; Section (a): {1}, {2},***

***and {5}*** when he created the fabricated illustration that he incorporated in *CRASH REPORT# 16959204*

and Jim Hollis approved it ***"under the scope of their employment."*** He also knowingly and willingly

violated ***(25 CFR, 11.440.*** The law is defined as:  ***Tampering With Or Fabricating Physical Evidence,***

***Section (B); {Makes, presents or uses any record document or thing knowing it to be false and with***

***the purpose to mislead a public servant-*** ***(61ST CIVIL COURT JUDGE FREDERICKA PHILLIPS***

***and JURORS)*** ***who is or may be engaged in such proceeding or investigation}.*** Jim Hollis approved it

***"under the scope of his employment."***



**INTENT:** Metro Officer Patrick Bowens' and TXDOT's Jim Hollis' knew they were wrong for creating and approving the falsified crash report# 16959204 with intent to implement me as a negligent contributing factor to the accident that took place on 3-18-2019. A civil claim filed and the falsified crash report was used as evidence.

**NEGLIGENT:** Metro Officer Patrick Bowens' and TXDOT's Jim Hollis' knew they were wrong for creating and approving the falsified crash report# 16959204 with intent to implement me as a negligent contributing factor to the accident that took place on 3-18-2019. In the process, they may not have known that they violated my constitutional rights and civil liberties. {A} Both men should have known that I have constitutional rights and civil liberties just as they do. {B} Both men should have consulted and collaborated with their General Council Departments.

**CAUSATION:** Metro Officer Patrick Bowens' and TXDOT's Jim Hollis' knew they were wrong for creating and approving the falsified crash report# 16959204 with intent to implement me as a negligent contributing factor to the accident that took place on 3-18-2019. Their acts violated my constitutional rights, civil liberties, and caused me to be suspended. Their acts also caused defamation to me as bus operator, violated my "right to work" and "right to life."

## SECTION XXXVII: DAMAGES

All of the damages are set forth in the corresponding sections of this petition. The only way to resolve this legal matter is to use the ⚒ of "truth" as an 🪓 ax of "justice" to chop down the evil "Tree with the poisonous fruit." At the same time, the gavel of truth will place the 👓 of "righteousness" on the *"Unclean Hands"* of Metro Officer Patrick Bowens and TXDOT's Jim Hollis for colluding/conspiring to create and approve falsified crash report# 16959204. I, Donavan A. London hereby demand for *Respondeat Superior- (Houston Metropolitan Transit Authority- **Metro Officer Patrick Bowens**)* and *Respondeat Superior- (Texas Department of Transportation- **TXDOT's Jim Hollis**)* to pay $5,000,000 each in the form of a cashier check. The settlement demand is for the **OUTRAGEOUSLY NEGLIGENT and UNCONSTITUTIONAL** acts performed by both men with the intent to defame me as a bus operator, implement me as a negligent contributing factor in an accident ***"under the scope of their employment."*** The crash report yielded a civil claim that was settled by a Mediator. They intentionally broke those laws to implicate me as a negligent contributing factor in a fraudulent insurance claim. The fabricated crash report that was created and approved by their *"Unclean Hands"* was used as evidence in civil claim# 2019-47796. They were not forced to violate my "constitutional rights", "civil liberties" and break the Texas Laws concerning *"falsifying documents."* I have clarified all direct, relevant and corroborating evidence comprehensively within this petition to the best of my applied knowledge.

## SECTION XXXVIII: PRAYER

### FROM THE BOOK OF PSALMS (26)

(4) I do not sit with the deceitful, nor do I associate with hypocrites.

(5) I abhor the assembly of evildoers and refuse to sit with the wicked.

Police officers take a sworn oath to uphold the constitution. They cannot be **UN-SWORN** to break laws, violate the constitution or civil liberties, and be sworn in again. I feel betrayed because my own employer **Metro via contract with First Transit** threw me under my bus with no hesitation or remorse. Then his superiors did not do anything when I begged and pleaded for their help. Now I feel like a BULLS-EYE is on my back because all a driver has to do is run into my bus and the Metro police will falsify documents to make me at-fault for the accident even when I am in the right. The acts by Metro Officer Patrick Bowens and TXDOT's Jim Hollis caused their employers and me to be sued. **If that Mustang would have exploded on contact and the occupants would have died, I would have been framed for vehicular homicide or vehicular manslaughter.**

